IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No 13-cv-01726-RBJ-BNB

RUBEN ARAGON,

Plaintiff,

v.

ROSSKAMM ERLANGER,
GUY EDMONDS,
MITCHELL BUTTERFIELD,
RHONDA FUNSTON, and
JEFFREY HILL,

Defendants.
_____

**ORDER**
_____

The plaintiff filed his Amended Prisoner Complaint on August 26, 2013 [Doc. #9] (the "Complaint"). He listed Rosskamm Erlanger as a defendant and stated that Erlanger was employed with the State of Colorado at all times pertinent to his claims. On September 4, 2013, the Clerk's Office mailed a copy of the Summons and Complaint and a request for waiver of service [Doc. #14] to the Colorado Department of Corrections ("DOC") Office of Legal Affairs. On September 4, 2013, Teresa Reynolds, Legal Access Group Leader for the DOC Office of Legal Services, waived service for several defendants. Ms. Reynolds did not waive service for Erlanger. Ms. Reynolds explained that although Erlanger provided contract services for the DOC, he is not a DOC employee. Ms. Reynolds did not provide a last known address for Erlanger.

IT IS ORDERED that on or before **October 7, 2013**, the defendants shall file with the court under Restricted Level 3 the last known address of Erlanger or, in the alternative, a notifice that they do not possess any address for Erlanger.

Dated September 25, 2013.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge