IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No 13-cv-01726-RBJ-BNB

RUBEN ARAGON,

Plaintiff,

v.

ROSSKAMM ERLANGER,
GUY EDMONDS,
MITCHELL BUTTERFIELD,
RHONDA FUNSTON, and
JEFFREY HILL,

Defendants.

_____

**ORDER**
_____

This matter is before me on the plaintiff's **Motion for Extension of Time to Respond to Defendants' Motion to Dismiss** [Doc. #44, filed 02/05/2014] (the "Motion").

Defendants Butterfield, Edmonds, Funston, and Hill filed a Partial Motion to Dismiss [Doc. #30] on December 20, 2013. I ordered the plaintiff to respond to that motion on or before January 21, 2014 [Doc. #33]. The plaintiff did not file a response. On January 9, 2014, defendant Erlanger filed a Motion to Dismiss [Doc. #34]. I ordered the plaintiff to respond to the Erlanger motion on or before February 10, 2014 [Doc. #36].

The plaintiff states that although he received my order directing him to respond to Erlanger's Motion to Dismiss, he has not received the motion to dismiss. He requests that the motion be re-served and that he be permitted an additional 30 days to file his response.

It appears from the record that the plaintiff was transferred from the Buena Vista Correctional Facility to the Arkansas Valley Correctional Facility[1] some time after the defendants served their motions and that the plaintiff may not have received either motion. Accordingly,

IT IS ORDERED:

(1)  On or before **February 25, 2014**, the defendants shall re-serve on the plaintiff their motions to dismiss;

(2)  The plaintiff shall respond to both motions on or before **March 25, 2014**;

(3)  No further extensions of time to will be granted; and

(4)  The plaintiff shall keep the court apprised of his current address in compliance with D.C.COLO.LCivR11.1(d). Failure to comply with this order may result in dismissal of this action.

Dated February 18, 2014.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge

---

[1] The plaintiff did not file a notice of change of address with the court as required by D.C.COLO.LCivR11.1(d).

2