IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01726-RBJ-BNB

RUBEN ARAGON,

Plaintiff,

v.

ROSSKAMM ERLANGER,
MITCHELL BUTTERFIELD, and
RHONDA FUNSTON,

Defendants.

## AFFIDAVIT OF J. MITCHELL BUTTERFIELD

I, J. Mitchell Butterfield, upon being duly sworn under oath, of lawful age, and having personal knowledge of the matters set forth herein, depose and state as follows:

1.      I am currently employed with the Colorado Department of Corrections and have been for approximately 14 years.

2.      I am currently the Food Service Commissary and Purchasing Supervisor at the Buena Vista Correctional Facility. I have been in position since approximately 2007. I was in this position at all times relevant to this action.

3.      My general duties and responsibilities include the purchasing of food for the entire Buena Vista Correctional Complex, including the kosher food. I also oversee the purchasing, preparation, and delivery of the kosher area. I further work with the business office, support service manager, and the warden to assist in the facility's budget.

**EXHIBIT**
**A-1**

4.      I am familiar with Ruben Aragon and am familiar with the claims made against me.

5.      I have reviewed the records accessible to me concerning Mr. Aragon.

6.      On February 29, 2012, Mr. Aragon, requested that his religious diet be cancelled, effective immediately. *See* Religious Diet Cancellation Request, attached hereto as Attachment 1.

7.      I recall that Mr. Aragon was a cook in the regular kitchen.

8.      While I don't recall specifically any complaints Mr. Aragon brought to my attention regarding food preparation in the kosher area, I do know that when Mr. Aragon brought his complaints to my attention, I mentioned to him that I would look into it.

9.      At no time did I authorize individuals working in the kosher area to prepare Mr. Aragon's Passover meal, *or any other offender's Passover meal*, in the kosher area with no special preparation, cleaning of the area, or cleaning of the equipment.

10.     While I manage the kosher area and order the kosher food for the facility, I am not personally involved in the preparation of kosher meals.

11.     All of the kosher entrees are purchased and delivered as pre-prepared entrees.

12.     Within the kosher area, individuals preparing kosher meals use a sink that is exclusively used for kosher use.  At no time did I authorize the use of a non-kosher sink for use in preparing kosher meals.

2

18.     Rabbi Erlanger not only talked to Mr. Aragon, but also provided written answers to the questions posed by Mr. Aragon. *Id.*

3

FURTHER AFFIANT SAITH NAUGHT.

_J. Mitchell Butterfield_

J. Mitchell Butterfield

Subscribed and sworn before me in the County of _Chaffee_____, State of Colorado, this

_26th_ day of January, 2015.

My commission expires: _7/3/15_____.

_Carmen S. Grant_

Notary Public

AR Form 1550-06C (04/01/10)

## RELIGIOUS DIET CANCELLATION REQUEST

I request that my religious diet be cancelled immediately. I understand that I must wait for a period of one year before requesting that my diet be reinstated or before requesting a new religious diet.

SIGNATURE: _____   DATE: __2-29-12__

NAME (print): __Ruben Aragon__   NUMBER: __153477__

FACILITY: __BVCC__   UNIT: __East__

Done
3-2-12

DISTRIBUTION:   FOOD SERVICE PROGRAM OFFICE
FOOD SERVICE SUPERVISOR
OFFENDER DEPARTMENT FILE
OFFENDER WORKING FILE
OFFENDER

Attachment "C"
Page 1 of 1

EXHIBIT
Attachment 1

# COLORADO DEPARTMENT OF CORRECTIONS

# *KOSHER MEAL PROGRAM GUIDELINES*

> *Version 9-15-11*
> *Updated by:*
>
> *Charleen Crockett*
> *DOC Food Service Operations*
> *(719) 226-4257*
>
> *and*
>
> *Rabbi Yisroel Rosskamm,*
> *Rabbinic Coordinator*
> *The Scroll K, Vaad Hakashrus of*
> *Denver*

Page 1



EXHIBIT
Attachment 2

CDOC/ARAGON 000525

# TABLE OF CONTENTS

I.      Definitions

3

II.     Meat and Dairy

3

III.    Menu

3

IV.     Medical Diets

4

V.      Acceptable Kosher Certification Symbols     4
VI.     Preparation Area

7

VII.    Equipment

7

VIII.   Food Storage

8

IX.     Food Products

9

X.      Preparation

13

XI.     Service

15

XII.    Satellite Meal Service

16
XIII.   Sanitation

17

XIV.    Program Reviews

17

Page 2

CDOC/ARAGON 000526

**XV.**     **Sabbath, Work Proscription, Holy Days**                    **19**

CDOC/ARAGON 000527

## I.     DEFINITIONS

A.     <u>Kashrus</u>: The dietary laws of Judaism.

B.     <u>Kosher</u>: A Hebrew term that is applied to food, which it is in compliance with Jewish dietary laws: Food that is acceptable or proper to eat.

1. Animals that chew their cud and have cloven hooves (e.g., cows and sheep) are kosher; rules governing their slaughter and preparation also apply to fowl.
2. Proper preparation of kosher meats includes complete drainage of blood.
3. Kosher fish are those with scales and fins.
4. **Milk products may not be cooked or eaten together with meat or poultry at the same time, or immediately after.**

C.     <u>Meat</u>: Containing the flesh of any of the permitted animals or fowl or their derivatives.

D.     <u>Dairy</u>: Containing milk or milk derivatives.

E.     <u>Parve</u>: Contains neither meat nor milk products nor its derivatives. It is compatible with either meat or milk. Examples are: eggs, fish (with fins and scales), coffee, tea, fruits, grains, vegetables.

## II.    MEAT & DAIRY

A.     **<u>Dairy products</u> are never to be served with meat or poultry.  The converse is true as well.**

B.     <u>Duration between Meals:</u> Generally, a 3-6 hour waiting period is necessary after consumption of meat or poultry before dairy products may be eaten.  However, after dairy products are eaten, one hour should elapse before meat or poultry may be consumed.

C.     <u>Illness</u>: If a person is ill, a 1 hour time period is sufficient. Life threaten illness; no wait period is required.

## III.   MENU

A.     The <u>DOC standardized kosher diet menu</u> is to be used.  No permanent changes to the kosher diet are to be made.  Substitutions must be kept to a minimum.

B.     <u>Changes</u> to the kosher menu may be necessary due to product availability,

CDOC/ARAGON 000528

equipment malfunctions or other situations. Changes must be approved by the Facility Food Service Supervisor with notification made to the Central Food Service Office as soon as possible but no later than the 10th of the following month.

C.    Main Entrée Substitutions:  If a meal must be substituted, the substitution must ensure that the menu remains similar (e.g. dinner for dinner or lunch for lunch), especially with regard to meat and dairy items. Dairy meals may be substituted for dairy meals and meat or poultry meals may be substituted for meat or poultry meals. A meat or dairy meal should never be substituted for a vegetarian or parve meal.

IV    **MEDICAL DIETS:**

A.    Offenders who have a medical condition requiring a special menu continue to have a right to their religious diet. They will not be forced to make a choice between their medical needs and a religious diet.

B.    If a modification to the kosher diet is needed for medical purposes, the Health Care Provider must write a consult. The Registered Dietitian will determine if the kosher diet is acceptable or if a special menu needs to be created.

C.    All medical diet menus will need to be reviewed by the rabbinic consultant.

D.    Should it be determined that a new menu must be written, the medical diet menu will be followed until the religious version is ready. The medical/religious diet hybrid menu should be completed within five working days.

V    *ACCEPTABLE KOSHER CERTIFICATION SYMBOLS*

A.    Kosher Certification: In general, food items must be in their natural state (e.g. eggs, coffee, fresh fruit, fresh vegetables) or they must be certified by an approved rabbinical authority. Special food items selected for the kosher menu will be from an approved source. Condiments and items such as peanut butter, tuna and crackers must be certified with a reliable symbol of certification. Examples of acceptable symbols are a circle K or circle U. Other acceptable certification symbols are listed below.   A single letter K does not necessarily mean kosher and accordingly is acceptable as kosher

B.

Page 5

CDOC/ARAGON 000529

Questions regarding kosher certification must be directed to the Central Food Service Administration Office at (719) 226-4255. Items received with questionable kosher labeling can be referred to the Central Food Service Office for investigation.

November 2, 2011

The following is a list of some of the recommended kosher certifications commonly found in the Denver area:

| | |
|---|---|
| | **The Scroll K / Vaad Hakashrus of Denver**<br>1350 Vrain Street, Denver, CO 80204<br>(303) 595-9349 Fax - (303) 629-5159<br>Rabbi Yisroel E. Rosskamm, Rabbinic Administrator<br>Rabbi Moshe Heisler, Kashrus Administrator<br>Rabbi Hillel Erlanger, Kashrus Coordinator<br>Rabbi Michoel Fleischmann, Kashrus Coordinator |
| | **The Union of Orthodox Jewish Congregations**<br>333 Seventh Avenue New York, New York 10001<br>(212) 563-4000 Fax - (212) 564-9058<br>Rabbi Menachem Genack, Rabbinic Administrator |
| | **The Organized Kashrus Laboratories**<br>391 Troy Avenue Brooklyn, NY 11213<br>(718)756-7500 Fax - (718) 756-7503<br>Rabbi Don Yoel Levy, Kashrus Administrator |
| | **Star-K**<br>11 Warren Road Baltimore, MD 21208-5234<br>(410) 484-4110 Fax - (410) 653-9294<br>Rabbi Moshe Heinemann, Rabbinic Administrator |
| DAIRY | **Star-D**<br>11 Warren Road Baltimore, MD 21208-5234<br>(410) 484-4110 Fax - (410) 653-9294<br>Rabbi Moshe Heinemann, Rabbinic Admin, Rabbi Boruch Beyer |
| | **KOF-K Kosher Supervision**<br>201 The Plaza, Teaneck, NJ 07666<br>(201) 837-0500 Fax - (201) 837-0126<br>Rabbi Ahron Felder, Director of Kosher Standards |
| | **The Heart "K" Kehila Kosher**<br>Rabbi Avrohom Teichman<br>(323) 935-8383 |
| | **Vaad Hoeir of Saint Louis**<br>4 Millstone Campus, St. Louis, MO 63146<br>(314) 569-2770 Fax - (314) 569-2774<br>Rabbi Sholom Rivkin, Chief Rabbi |
| | **The London Beth Din Court**<br>Chief Rabbi Rabbi Berel Berkowitz<br>01-387-4300 |

Page 6

CDOC/ARAGON 000530

| | |
|---|---|
| cRc | **Chicago Rabbinical Council**<br>3525 W. Peterson Avenue, Suite #315  Chicago, IL  60659<br>Phone: (773) 465-3900 Fax - (773) 588-2141<br>Rabbi Shalom Yehuda Fishbane, Kashrus Administrator |
| KAJ | **K'hal Adath Jeshurun (Breuer's)**<br>85-93 Bennet Avenue  New York, NY  10033<br>(212) 923-3582 Fax - (212) 781-4275<br>Rav Zachariah Gelley, Rav |
| COR | **Kashruth Council of Toronto**<br>4600 Bathurst Street  Suite #240  North York, Ontario M2R3V2  (416) 635-9550 Fax - (416) 635-8760<br>Rabbi Mordechai Levin, Executive Director |
| K | **The California "K" Kehilla Kosher**<br>(Igud Hakashrus of Los Angeles);<br>Rabbi Avrohom Teichman (323) 935-8383 |
| K | **Rabbinic Administrator of Upper Midwest**<br>Kashrut Rabbi Asher Zeilingold<br>(612) 690-2137 |
| | ***Kashruth of The Central Rabbinical Congress***<br>Rabbi Yidel Gruber<br>(718) 384-6765 |
| | **Bais Din Tzedek of the Eida Hachareidis of Jerusalem**<br>011-972-2-251-651 |
| | **Belz, The Bais Din Tzdek of K'hal Machzikei Hadas**<br>02-2-385-832 or 02-795-414 |
| | **Rabbi Moshe Y. L. Landa** (Rav of Bnei-Brak) |
| | **Rabbi Nuchem Efraim (Noam) Teitelbaum** (Volover Rav) |
| | **Rabbi Shlomo Stern** (Debreciner Rav) |
| | **Rabbi M. Weissmandel** (Rav of Nitra-Monsey) |
| MK | ***Montreal Vaad Hair***<br>6333 Decarie Boulevard Suite #100  Montreal, H3W3E1 Canada  (514) 270-2659 Fax - (514) 739-7024<br>Rabbi Peretz Jaffe Rabbinic Admin, Rabbi Saul Emanuel Exec Dir |
| K | ***The Union of Orthodox Jewish Congregations***<br>333 Seventh Avenue  New York, New York 10001<br>(212) 563-4000 Fax - (212) 564-9058<br>*Rabbi Menachem Genack, Rabbinic Administrator* |

Page 7

CDOC/ARAGON 000531

**VI      PREPARATION AREA:**

A.    Area:  Since a dedicated room is generally not available for the exclusive use of kosher food preparations, a vegetable prep area or bakery area can be used. *For Passover preparation, the bakery area may not be used.* This will minimize the risk of compromising the kosher status of foods prepared.  A diet kitchen is not an ideal place unless a dedicated corner or table can be made available away from other cooking equipment and non-kosher food preparation.

B.    Work Surface:  Any surface can be made acceptable for kosher meal preparation by covering the surface with two layers of butcher paper or plastic wrap.  The butcher paper must remain dry.  An alternative is the use of plastic wrap.(note: new plastic bags may be utilized as a plastic covering but 2 bags must be used as it must be two separated layers.)

**VII     EQUIPMENT:**

A.    The DOC kosher diet menu is designed to minimize food preparation requirements, especially cooking of non-parve foods.

B.    Any small wares, cutting boards etc. used should be purchased new and dedicated to kosher diet preparation.  **All equipment dedicated to the kosher program must be labeled, "FOR KOSHER USE ONLY".  This includes wash tubs.**

C.    Equipment Needed:
   1. Can opener
   2. Thermometer. Separate thermometers are needed for checking the temperature of dairy, meat and parve (non-dairy and non-meat) items, which may be served with either meat or dairy meals.
   3. Small tabletop steamer. A suitable, economical steamer manufactured by Black and Decker is available at Wal-Mart. Industrial size steamer can be used but must have a basket so the food does not sit directly in the water.
   4. Knife or chopper: If a knife or chopper is used for kosher diet preparation, it should be purchased new specifically for that purpose, identified for kosher use only and dedicated to kosher preparation.  The knife or chopper may be wrapped in foil or plastic and stored with other knives.  If the knife or chopper is inadvertently set down onto a non-kosher table it can simply be rinsed in cold water and then wiped with a clean, cool rag.  This is only acceptable if the knife or chopper and the non-kosher surface were both cool when contact was made.
   5. Cold and dry food storage cabinets used exclusively for kosher foods/ items.
   6. Cutting boards
   7. Microwave oven

Page 8

CDOC/ARAGON 000532

8. Microwaveable containers
9. Serving utensils (a disposable utensil must be used to serve cottage cheese as it is not parve. Styrofoam cups can be utilized as portion control sizes.)
10. Wash tubs
11. Dish tub for soaking equipment.

D.     Equipment used for the kosher program must be washed, rinsed and sanitized in special containers that are only used for handling non-dairy, non-meat foods. Washing containers are to be placed inside clean sinks. Separate tubs are needed for dairy and parve items and should be marked as such. Items being washed must not come into contact with the sink.

## VIII  FOOD STORAGE:

A.     As far as possible. Raw food items should be stored away from non-kosher items, especially meats/poultry, in a secure area to prevent contamination. A lockable cage or cabinet serves this purpose well.

B.     Lunchmeats: Due to the small numbers of kosher diets we serve and the limited availability of kosher lunchmeats in most areas were we have prison facilities, it is often necessary to purchase kosher lunchmeats in advance and freeze the product until it is used. Here are some guidelines for handling the kosher lunchmeats:

1. Kosher lunchmeats should be specified to be delivered prior to the product expiration date.
2. Kosher lunchmeats should be frozen immediately upon receipt and maintained in a frozen state until needed.
3. Cases of product should be labeled as to the date received and then immediately stored in a freezer.
4. The lower the temperature of the freezer, the better.
5. It is acceptable to serve kosher lunchmeats past the expiration date as long as the product was frozen prior to the expiration date & remains frozen until thawed for use.
6. Once the product is thawed it must be used and should not be refrozen.
7. Kosher lunchmeats should not be purchased so far in advance that the product remains in the freezer for more than 3 months. While the product would still be acceptable to eat from a food safety standpoint, lunchmeats held in frozen storage for more than 3 months begin to lose nutrients, flavor, texture and color.

CDOC/ARAGON 000533

## IX    Food Products

| Food Item | Certification Required | Preparation Method |
|---|---|---|
| NOTE: Food items should be prepared and portioned as close to serving time as possible.   Food items may need to be cooked and portioned in advance due to holy day observances with work proscription, but should be cooked and portioned as close to the start of the work proscription time as possible.  In all cases, HACCP food safety guidelines must be followed. | | |
| Beans, canned (Numerous varieties) | Yes | Microwave in a microwavable container dedicated for kosher use. It should be portioned using either a utensil that is dedicated for kosher or a disposable utensil. The portion cups must be double wrapped before they are placed in the hot box. |
| Beans, dry | No | Microwave:<br><br>Microwave Soak - Combine 3 cups hot water and 1 cup of dry beans in a 4 qt. microwaveable casserole dish. Cover and microwave at HIGH (100%) power for 15 minutes or until boiling. Let stand 1 hour. Drain.<br><br>Microwave Cooking - In a 4 qt. microwaveable casserole dish combine 3 cups water and 1 cup soaked beans. Cover and microwave at HIGH (100%) power 10-15 minutes or until boiling. Stir and microwave at MEDIUM (50%) power for 25-35 minutes, stirring every 15 minutes or until fork tender.<br><br>It should be portioned using either a utensil that is dedicated for kosher or a disposable utensil. The portion cups must be double wrapped before they are placed in the hot box. |
| Coca-Cola Beverages | Depends | Barq's, Coca-Cola, Crush, Fanta, Mr. Pibb, Sprite, Squirt are acceptable.<br>(Fruit beverages would require a letter from the company) |
| Bread | Yes | Fresh, wrapped in individual portions |
| Cereals, cold | Yes Malto-O-Meal, Kelloggs, Post or General Mills acceptable with OU,K, Kd or COR on label. | Kosher bulk cereal may be used |
| Cereals, hot | | Hot cereals may be cooked in the kosher microwave in a |

Page 10

CDOC/ARAGON 000534

| | | |
|---|---|---|
| - Ralston<br>- Oats | Yes<br>No | container dedicated for kosher. *If instant cereal is used, hot water may be taken from a water urn using a pitcher that is dedicated for kosher use. It should be portioned using either a utensil that is dedicated for kosher or a disposable utensil. The portion cups must be double wrapped before they are placed in the hot box.* |
| Coffee | Unflavored-No | Unflavored coffee from coffee urns is acceptable provided that *flavored coffees or other beverages have never been* served from the urn and provided that the brew basket is cleaned in the urn (not washed in the dishwasher or non-kosher sink). The urn must be wiped and cleaned each day with a clean cloth that has not been used to wipe other surfaces. If cups of hot water or coffee are placed in a hot box they must be double wrapped. |
| Condiments<br>- Salad dressings<br>- Pickle relish<br>- Mayonnaise<br>- Ketchup<br>- Mustard | Yes | |
| Condiments<br>- Salt<br>- Pepper<br>- 100% lemon juice | No | |
| Cottage cheese | Yes | |
| Crackers | Yes MUST BE PARVE | |
| Eggs | Eggs in the shell are kosher.<br><br>*Liquid pasteurized eggs* require certification. | Eggs should be cooked in a tabletop steamer dedicated for kosher use only or in the kosher dedicated microwave in a kosher dedicated container.  In an **emergency** requiring that eggs be hard cooked on a stove top, a new pan must be used and the stovetop must be prepared according to guidelines outlined above. |
| Entrees, shelf stable | Yes | Microwave according to procedures outlined in X. E. below. Heat in original packaging.<br><br>*Shelf stable entrees are pre-cooked and may be served at room temperature.* |

Page 11

CDOC/ARAGON 000535

| Frozen dinners | Yes | Microwave according to procedures outlined in X. E. below. Heat in original packaging.<br><br>**NO SUBSTITUTIONS SHALL BE MADE FOR SERVING FROZEN DINNERS.** |
|---|---|---|
| Fruit, fresh<br>    Apples, bananas, grapefruit, melons, oranges, peaches, pears, plums | No | Wash vegetables and fruits under running water and serve whole or cut using a dedicated knife on a clean surface |
| Fruit, canned<br>- Applesauce, pure or unflavored<br>- Apples<br>- Peaches<br>- Pears<br>- Pineapples<br>- Plums<br>- Prunes | Not required on canned fruits which only contain: Ascorbic acid, citric acid, corn syrup, high fructose corn syrup, salt, sugar, water. | Care must be taken to use a fresh can and use a disposable or dedicated spoon to remove the product from the can and place the portion into a disposable container. It is essential that all of the cans in storage in the facility of the particular type being used are of the same variety and do not contain any questionable ingredients. The repackaging should be done in an area where no non-kosher food production is being done. (Note: This is subject to ongoing monitoring and may change at any time). |
| Lunch meats | Yes | Must be served unopened in the original, factory-sealed packaging. |
| Instant soup | Yes | |
| Margarine, parve | Yes – MUST BE PARVE | |
| Milk | No | Milk may be served from the bulk milk dispensers provided that the dispensers are wiped down and cleaned each day with a clean cloth that has not been used to clean other surfaces.<br><br>Milk may also be served in cartons.<br><br>The milk may be purchased from Juniper Valley Dairy or other commercial dairy. Milk must be from a cow or goat (no swine or camel). Milk in the United States, by |

CDOC/ARAGON 000536

| | | |
|---|---|---|
| | | regulation, must be from a cow. Milk from the Juniper Valley Dairy meets this standard. The Juniper Valley Dairy is inspected by the Colorado Department of Public Health and Environment in accordance with Colorado Revised Statutes and the Pasteurized Milk Ordinance effective in all 50 states. The Juniper Valley Dairy has also been visited by our rabbinical consultant. |
| Muffins | Yes | |
| Peanut Butter | Yes | Peanut butter does not have to be served in an individual package. Bulk kosher peanut butter may be used but care MUST be taken to ensure the bulk peanut butter is kosher. |
| Potato, baked | No | Potatoes should be cooked in a microwave oven by loosely double wrapping in plastic wrap. If the microwave is used for kosher use only and all entrees and dinners are double wrapped when heated, then the potatoes do not need to be double wrapped in the microwave. **IN AN EMERGENCY SITUATION,** potatoes may be baked by double wrapping in two separate pieces of aluminum foil. Should be served hot unless served on the Sabbath or a work proscription day. |
| Potato, baked sweet | | Potatoes should be cooked in a microwave oven by loosely double wrapping in plastic wrap. If the microwave is used for kosher use only and all entrees and dinners are double wrapped when heated, then the potatoes do not need to be double wrapped in the microwave. **IN AN EMERGENCY SITUATION,** potatoes may be baked by double wrapping in two separate pieces of aluminum foil. Should be served hot unless served on the Sabbath or a work proscription day. |
| Potato chips | Yes | |
| Rice | Plain – No Parboiled – No Seasoned - Yes | Plain rice available through the warehouse does not require kosher certification and may be prepared in the tabletop steamer or in a microwave oven. An alternative method is to procure parboiled rice which may be reconstituted in the kosher preparation area using hot water from a coffee urn. The container used for reconstitution must be disposable or new and dedicated to this purpose. It should be portioned using either a utensil that is dedicated for kosher or a disposable utensil. The portion cups must be double wrapped before they are placed in the hot box. |
| Tuna, bulk cans | Yes | Bulk canned tuna may be used provided it has reliable kosher certification. Care must be taken to use a fresh can and use a disposable or dedicated spoon to remove the product from the can and place the portion into a disposable container. Canned tuna shall be served cold. The large cans of tuna may be |

Page 13

CDOC/ARAGON 000537

| | | opened in the kitchen and be repackaged in disposable containers, provided that all cans available in the facility have acceptable certification. The repackaging should be done in an area where no non-kosher food production is being done. (Note: This is subject to ongoing monitoring and may change at any time). |
|---|---|---|
| Vegetables, fresh<br>- Celery | No, but require special handling | Celery (remove the leaf and cut apart the area where it branches off toward the top of the stalks. Thoroughly wash each stalk by rubbing both sides while rinsing with water. |
| Vegetables, fresh<br><br>Carrots, cucumbers, peppers, squash, potatoes, tomatoes, zucchini | No | <u>Wash vegetables and fruits</u> under running water and serve whole or cut using a dedicated knife on a clean surface. The kosher diet menu does not include vegetables that require leaf by leaf inspection or individual floret inspection.<br><br>Serve whole or cut using a dedicated knife on a clean surface. |
| Vegetables, canned<br>May be served cold:<br>- Beets<br>- Carrots<br>- Corn<br>- Green beans<br>- Peas<br>- Peas & Carrots<br>- Spinach<br>- Waxed beans<br>Must be served hot:<br>- Sweet potatoes<br>- Yams | Beets - No<br>Carrots - No<br>Corn - No<br>Green beans - No<br>Peas - No<br>Peas & Carrots - No<br>Spinach – Yes<br>Waxed beans - No<br>Sweet potatoes –<br>Yes<br>Yams - Yes | Care must be taken to use a fresh can and use a disposable or dedicated spoon to remove the product from the can and place the portion into a disposable container. Canned vegetables (exception: sweet potatoes and yams) should be served cold or they may be heated in a microwave oven if microwavable disposable cups are used. The canned vegetables may be opened in the kitchen and be repackaged in disposable containers, provided that all cans available in the facility of the variety to be repackaged do not contain any questionable ingredients The repackaging should be done in an area where no non-kosher food production is being done. (Note: This is subject to ongoing monitoring and may change at any time). |
| Veggie patties, vegan | Yes | Microwave Veggie patties should be loosely wrapped in a single sheet of plastic wrap or placed into a baggie with small hole punched to allow steam to escape then and heated according to package instructions using a microwave oven. If the microwave is used for kosher use only and all entrees and dinners are double wrapped when heated, then the patties do not need to be double wrapped in the microwave. |
| | | |

CDOC/ARAGON 000538

X     **PREPARATION:**

    A.    <u>Staff Supervision:</u>  Food Service staff must adequately supervise all aspects of the kosher diet program to include:

        1.  Product acquisition and storage
        2.  Food preparation, cooking and serving practices
        3.  Menu compliance and the accuracy of all trays served
        4.  The integrity of the storage and preparation areas

    **B.**    <u>Offender Workers:</u> Employing a Jewish offender to do the kosher diet preparation is ideal and encouraged.  If a Jewish offender is not available for diet preparation, staff must ensure the individual assigned to prepare kosher meals is well trained and supervised.  In either case, it is imperative that the offender's work area, storage area and procedures be properly supervised.  DOC staff must be knowledgeable enough about kosher diet procedures to adequately supervise activities.

    **C.**    <u>Jewish offender workers:</u>  A hair net should be worn by offender workers in the food preparation areas and is adequate as a hair covering provided that it is a solid hairnet, *if the hairnet is the kind that has many holes it is not adequate for a head covering.*

    **D.**    <u>Hand Washing and Food Handling:</u>  Wash and dry with paper towels. All foods are to be handled carefully to avoid contamination.

    D.    <u>Foods Not Eaten Raw (e.g. eggs, potatoes):</u> For foods not normally eaten raw, a Jewish person is supposed to be involved in the cooking.  If possible, a Jewish person should at least turn on the oven or light the pilot light.  Given the prison setting, this may not always be possible.  This requirement does not exist, however, when the cooking is done by steam or microwave.  Therefore, the purchase and use of a small, tabletop steamer is **required.**  The steamer unit must do cooking by steam and not by immersion in water.

    E.    <u>Microwave Preparation:</u>

        1.  If a product is double wrapped, any microwave may be used.

        2.  Shelf Stable Entrees can be micro waved by lifting the corner of the film slightly to create a tiny vent hole in the film cover and covering and loosely double wrapping the product before micro waving.

        3.  If a product is not double wrapped, the microwave may be made acceptable using the following procedure: The microwave should not have been used for the past 24 hours.  Clean and sanitize the oven thoroughly.

Page 15

Fill a completely clean container that was not used for 24 hours, with water. Turn the microwave oven on and let it steam heavily. Turn it off and wipe out the inside.

4. To use the microwave during Passover, use a flat thick object as a separation between the bottom of the oven and the cooking dish. When cooking, the food should be covered on all sides and must not touch the side of the microwave.

F.   Steamer preparation: Should there be a question about the kosher status of the steamer, it may be kashered using the following procedures:
1.   The steamer should be cleaned inside and outside.
2.   Fill with water to its normal use level.
3.   Let it steam for 15 minutes.

G.   Oven Preparation:

**NOTE: An oven MAY NOT be used accept during emergency situations. An attempt should be made to gain approval from the DOC Central Food Service Office prior to oven use and a written report is required by the close of the next business day. Here are steps that MUST be taken prior to a one-time use of an oven in an emergency situation:**

1.   NO NON-KOSHER COOKING is to be done at the same time in any adjacent equipment.

2.   When using the stovetop, the oven below should not be in use for the cooking of non-kosher food items.

3.   Equipment used must be new and must not have been used in the preparation of any non-kosher food items.

4.   The oven should be cleaned from remaining food and grease. Particles that are completely burned up are not of concern.

5.   To clean the stove top, wipe off excess food. Put a sheet pan over the burners, leaving air space. Turn on heat and let debris burn off. About 8-10 minutes.

6.   To clean: turn the oven on to its highest temperature for 1 hour. This should be repeated each time the oven is switched from non-kosher to kosher use. Unless impossible, it is preferred that a Jewish person light the pilot light on the stove and turn the stove on each time it is used.

Page 16

7.    Pans that are hot must be cooled without touching the bottom or sides of any non-kosher surface. They should be placed on a clean dry surface that is covered with at least two layers of clean paper or cardboard.

## XI    SERVICE

A.    Disposable Service Ware: All meals will be served using disposable plates, bowls, cups, trays and eating utensils. In special control units and segregation units the paper spoon can be used (non corn based).

B.    Dining Area: It is not required to have a dedicated area or table for the offenders eating kosher food. Inmates receiving a kosher diet may eat their meal in the general inmate dining room or common area.

C.    Serving Window: Kosher diets may be served through the regular serving line window

D.    Dining Table Cover: If the meal is hot, two layers of separation should be used between the food and the table. Many materials may serve this purpose to include the tray the food is heated in, a Styrofoam or plastic container, and plastic wrap used to cover the meal.

E.    Signing for Meals: Religious diets will be served in the same manner as the therapeutic diets. Inmates shall sign for their kosher diet when received, *except on the Sabbath or other work restricted Jewish holy days,* when an observant Jewish person is prohibited from signing his/her name.

F.    Tray Inspection: Food Service or dining room security staff may open the Styrofoam trays at any time should there be concerns about the contents of the tray. Food should not be tampered with and respect must be given.

G.    Cambro drink containers: Cambro containers can be utilized for coffee if purchased new for kosher and only coffee is placed in the cambro containers. They must be cleaned where no non kosher food debris can contaminate the container.

## XII    SATELLITE MEAL SERVICE

A.    Dry Foods Requiring Hot Water to reconstitute them may be reconstituted in the kitchen using water from the hot water urn, if the warm water in the cell is not adequate. However, this may not be done on the Sabbath and should only be done in circumstances where no alternative is available.

B.    Cold Trays do not need to be double wrapped. They should be placed on the top tray slides in the transport cart. As long as the food container is closed, a small amount of food particles on the outside of the container do not present a problem and may be wiped off.

C.    Hot Trays: Hot food items need to be double wrapped. Several materials suffice such as the entrée or dinner container itself, plastic wrap or the Styrofoam tray. Two options are appropriate. In either case, the hot trays should be placed on the

Page 17

top tray slides in the food cart.

1. Use one half of a Styrofoam tray. Wrap entire tray in plastic wrap.
2. Use a full Styrofoam tray. Individual items inside the tray should have a single layer of wrap. The entire Styrofoam tray does not need to be wrapped.

D. Service: Kosher trays do not need to be served first. Officers handling trays are not required to wear gloves. If an officer's hands become soiled with sufficient food residue that food residue is left on trays, then the officer should wash his/her hands using a sink or cleaning wipe. Gloves may be worn and must be replaced should they become excessively soiled.

E. Inspection of Segregation Trays: The living unit officer may open Styrofoam trays to inspect for contraband prior to giving the tray to the offender.

F. Return of Service Items: Offenders are required to return all non-edible items to include:
1. Plastic wrap
2. Styrofoam tray
3. Flatware
4. Soup cups
5. Condiment packages

On *fast days* offenders may keep items in their cell longer.


## XIII SANITATION

A. Detergent: Detergents do not require kosher certification.

B. Coffee Urns & Bulk Milk Dispensers: Coffee urns and bulk milk dispensers in dining rooms should not be wiped with a towel that has residue of milk or other food on it. Using a clean or new towel, the urn should be the first item to be wiped. After that, the towel may be used to wipe the other areas.

C. Any equipment, small wares, cutting boards etc. used should be purchased new and dedicated to kosher diet preparation. They must be washed, rinsed and sanitized in special containers that are only used for handling parve items. Separate wash tubs are needed for parve and dairy items. Washing containers are to be placed inside clean sinks. Items being washed must not come into contact with the sink.

D. Knives: If a knife is used for kosher diet preparation, it should be purchased new specifically for that purpose, identified for kosher use only and dedicated to kosher preparation. The knife may be wrapped in foil or plastic and stored with other knives. If the knife is inadvertently set down onto a non-kosher table it can simply be rinsed in cold water and then wiped with a clean, cool rag. This is only acceptable if the knife and the non-kosher surface were both cool when contact was made.

Page 18

CDOC/ARAGON 000542

## XIV   PROGRAM REVIEWS AND RESPONSES TO PROBLEMS

A.   <u>Program Reviews:</u>  The kosher diet program is subject to periodic review by the DOC rabbinic consultant as well as periodic audits and other visits. Facilities shall submit a plan of action in response to any issues raised during these review within 10 business days.  The plan of action shall be submitted to the DOC Central Food Service Office, Attn: Food Service Manager.

### The Scroll K/Vaad Hakashrus of Denver

בס״ד

1350 Vrain Street, Denver, CO 80204
Office: (303) 595-9349 Fax: (303) 629-5159
www.scrollk.org

## <u>DOC Facility Review Report</u>

Facility _____   Date _____
Number of inmates on the kosher diet _____
Name of Officer who accompanied the Rabbi during this visit _____
Name of Rabbi who reviewed the kosher program: _____
Who is doing the kosher food preparations? _____
Is the person doing the kosher food preparations on the kosher diet? Yes ___ No ____
Have inmates on the kosher diet expressed concerns regarding the kosher status of the meals? Yes ___ No ____ If yes, note the concerns on the back of this report.
Are the food preparations done in a designated area that is safe from compromising the kosher status? Yes ___ No ____
Is the table being covered with two layers of covering prior to beginning food preparations? Yes ___ No ___
Are they using a disposable cup or utensil to dish out the Cottage Cheese? Yes ___ No ___
Are the Eggs being cooked in a portable steamer used exclusively for kosher foods? Yes ___ No ___
Are the eggs for the Shabbos and work restricted holidays cooked before sundown on Friday/before the holidays? Yes ___ No ___
Is the lunch meat served in the sealed packages? Yes ___ No ___
Are the baked potatoes and yams being cooked exclusively in the kosher microwave? Yes ___ No ___
Are the beans **prepared and being kept warm** in an acceptable manner? Yes ___ No ___
Is the coffee **prepared and being kept warm** in an acceptable manner? Yes ___ No ___
Is the oatmeal **prepared and being kept warm** in an acceptable manner? Yes ___ No ___
Is the rice ***prepared and being kept warm*** in an acceptable *manner?* Yes ___ No ___
Is the following equipment available exclusively for kosher use? Are they properly secured when they are not in use?

Can opener Yes ___ No ____          Dish tub Yes ___ No ____
Cutting board Yes ___ No ____          Hot water container Yes ___ No ____

CDOC/ARAGON 000543

Knives/chopper Yes ___ No ____     Serving utensils Yes ___ No ____
Microwavable container Yes ___ No ____     Table top steamer Yes ___ No ____
Microwave Yes ___ No ___     Thermometer Yes ___ No ____

Are all heated items double wrapped? Yes ___ No ____
Where is the equipment washed? _____ who washes the equipment? _____
Is the staff at this facility aware that they may contact the Scroll K for any question they
may have related to the kosher diet? Yes ___ No ____

Do the following items bear acceptable kosher certification? Yes ___ No ____
Are the items that are required to be Parve, available exclusively as Parve? Yes ___ No
____

Bread **Parve** Yes ___ No ____     Margarine **Parve** Yes ___ No ____
Canned Kidney Beans Yes ___ No ____     Mayonnaise Yes ___ No ____
Canned Pinto Beans Yes ___ No ____     Muffins Yes ___ No ____
Canned vegetarian Beans Yes ___ No ___     Mustard Yes ___ No ____
Cereal, cold Yes ___ No ____     Mustard Yes ___ No ____
Cottage Cheese Yes ___ No ____     Peanut Butter Yes ___ No ____
Crackers **Parve** Yes ___ No ____     Potato Chips Yes ___ No ____
French Dressing **Parve** Yes ___ No ___     Salad Dressing **Parve** Yes ___ No ____
Italian Dressing **Parve** Yes ___ No ___     Shelf stable Entrees Yes ___ No ____
Jelly Yes ___ No ____     Tuna fish Yes ___ No ____
Lunch Meats Yes ___ No ____     Veggie Burger Yes ___ No ____

Is there an adequate supply of the products listed above for the number of inmates in this
facility? Yes ___ No ____
Are all varieties of fresh and canned fruits and vegetables used for the kosher diet, listed
on the approved list, on the bottom of the menu? Yes ___ No ____
Check some of the prepared meals to assure that all items are in compliance with the
kosher guidelines. Try to check a meat meal to verify that it does not contain any dairy
items. Were the meals in compliance with the kosher guidelines? Yes ___ No ____
Are the Scroll K guidelines for kosher food preparations being followed at this facility?
Yes ___ No ____
Ask one or two inmates on the kosher diet if they have any concerns regarding the kosher
status of the kosher meals. Note: names, DOC # and concern if any.
Is the kosher program satisfactory? Yes ___ No ____

Comments _____
_____
_____
_____
_____
_____

Page 20

CDOC/ARAGON 000544

## XV  SABBATH, HOLY DAYS & FAST DAYS

A.   Sabbath Meals: On the Sabbath, cooking (Alighting a fire@) is prohibited. The Sabbath begins approximately 18 minutes prior to sundown on Friday evening and continues until approximately 42 minutes after sundown on Saturday. Only cold foods may be served. Foods Such as baked potatoes and hard cooked eggs may be cooked the day before but can't be reheated on the Sabbath. They are to be served cold. Hot food can be served for the Friday night dinner, as long as it is heated from before the Sabbath and kept hot until it is served.

B.   Sabbath Candles: The preferred place for someone to light the candles Friday night is in the room in which he will eat his Friday night meal. If the only place that the offender can light his candles is in the room that he is going to say his prayers, then perhaps he can eat his Friday night meal in that room. If this is not an option, then perhaps he can at least eat a roll or matzoh in the room in which he lit the candles.

C.   Work Proscription Holy Days: On the Sabbath and during work restricted holy days, the microwave and the steamers should not be used. The menus shall be altered to provide cold meals for work proscription days. Eggs and potatoes that appear on the menu may be served cold and must be prepared before the beginning of the work proscription period.

D.   Information about holy days and fast days will be distributed to the facilities approximately one month prior to the event. This information is also posted on the shared drive of the Department of Corrections information system under foodsvc_docs/Jewish and Messianic Jewish Program.

E.   Offenders who are Jewish and are beginning to be more observant of their religion should not be disqualified from the kosher program if they are not ready to fast on all the fast days.

Page 21

CDOC/ARAGON 000545

**┌K┐** **The Scroll K/Vaad Hakashrus of Denver**                              בס"ד
1350 Vrain Street, Denver, CO 80204
Office: (303) 595-9349 Fax: (303) 629-5159
www.scrollk.org

## DOC Facility Review Report

Facility __BVCF__  Date _11/13/12_

Page 1 of 2

1. Number of inmates on the kosher diet _17_
2. Name of Officer who accompanied the Rabbi during this visit _**Sgt Butterfield**_
3. Name of Rabbi who reviewed the kosher program: _Rabbi Erlanger__
4. Who is doing the kosher food preparations? _Inmates Gross, Griffin
5. Is the person doing the kosher food preparations on the kosher diet? Yes ___ No _x__
6. Have inmates on the kosher diet expressed concerns regarding the kosher status of the meals? Yes __ No _x_ If yes, note the concerns on the back of this report.
7. Are the food preparations done in a designated area that is safe from compromising the kosher status? Yes _x_ No ____
8. Is the table being covered with two layers of covering prior to beginning food preparations? Yes _x_ No _
9. Are they using a disposable cup or utensil to dish out the Cottage Cheese? Yes _x No _
10. Are the Eggs being cooked in a portable steamer used exclusively for kosher foods? Yes _x_ No _
11. Are the eggs for the Shabbos and work restricted holidays cooked before sundown on Friday/before the holidays? Yes _x_ No _
12. Is the lunch meat served in the sealed packages? Yes _x_ No __
13. Are the baked potatoes and yams being cooked exclusively in the kosher microwave? Yes _ x No _
14. Are the beans prepared and being kept warm in an acceptable manner? Yes _x No __
15. Is the coffee prepared and being kept warm in an acceptable manner? Yes _x_ No __
16. Is the oatmeal prepared and being kept warm in an acceptable manner? Yes _x_ No __
17. Is the rice prepared and being kept warm in an acceptable manner? Yes _x_ No _
18. Is the following equipment available exclusively for kosher use? Are they properly secured when they are not in use?

   a) Can opener            Yes _x_ No __
   b) Cutting board         Yes _x_ No __
   c) Dish tub              Yes _x No _
   d) Hot water container   Yes _x_ No __
   e) Knives/chopper        Yes _x_ No __
   f) Microwavable container Yes _x_ No __
   g) Microwave             Yes _x_ No __
   h) Serving utensils      Yes _x_ No __
   i) Table top steamer     Yes _x_ No __
   j) Thermometer           Yes _x_ No __

19. Are all heated items double wrapped? Yes _x_ No _
20. Where is the equipment washed? _special sink or tub_who washes the equipment? **the kosher cooks**
21. Is the staff at this facility aware that they may contact the Scroll K for any question they may have related to the kosher diet? Yes _x_ No ____

**EXHIBIT**

**Attachment 3**

Erlanger0000111



**The Scroll K/Vaad Hakashrus of Denver**

1350 Vrain Street, Denver, CO 80204
Office: (303) 595-9349 Fax: (303) 629-5159
www.scrollk.org

בס״ד

## DOC Facility Review Report

Facility __BVCF__ Date _11/13/12

Page 2 of 2

22. Do the following items bear acceptable kosher certification? Yes _x_ No ___
23. Are the items that are required to be Parve, available exclusively as Parve? Yes _x_ No _

a) Bread Parve          Yes _x_ No __
b) Canned Kidney Beans Yes _x_ No __
c) Canned Pinto Beans  Yes _x_  No _
d) Canned veget Beans Yes _x_ No __
e) Cereal, cold         Yes _x_ No __
f) Cottage Cheese      Yes _x_ No __
g) Crackers Parve      Yes n/a _ No __
h) French Dressing Parve Yes _x_  No _
i) Italian Dressing Parve Yes _x_ No __
j) Jelly               Yes _x_ No __
k) Lunch Meats         Yes _x_ No __

l) Margarine Parve      Yes _x_ No __
m) Mayonnaise          Yes___ No n/a
n) Muffins             Yes _x_ No __
o) Mustard             Yes_x_ No __
p) Peanut Butter       Yes_x_ No __
q) Potato Chips        Yes _x_  No __
r) Salad Dressing Parve Yes _x_ No __
s) Shelf stable Entrees Yes _x_ No __
t) Tuna fish           Yes _x_ No __
u) Veggie Burger       Yes x_ No __

24. Is there an adequate supply of the products listed above for the number of inmates in this facility? Yes _x_ No ___
25. Are all varieties of fresh and canned fruits and vegetables used for the kosher diet, listed on the approved list, on the bottom of the menu? Yes _x_ No ____
26. Check some of the prepared meals to assure that all items are in compliance with the kosher guidelines. Try to check a meat meal to verify that it does not contain any dairy items. Were the meals in compliance with the kosher guidelines? Yes _x _ No __
27. Are the Scroll K guidelines for kosher food preparations being followed at this facility? Yes _x No _
28. Ask one or two inmates on the kosher diet if they have any concerns regarding the kosher status of the kosher meals. Note: names, DOC # and concern if any. See#1
29. Is the kosher program satisfactory? Yes _x No _

Comments:
1. Inmate Derby #135670: kosher program is ok.



**The Scroll K/Vaad Hakashrus of Denver**
1350 Vrain Street, Denver, CO 80204
Office: (303) 595-9349 Fax: (303) 629-5159
www.scrollk.org

בס"ד

## DOC Facility Review Report

Facility __BVCF__ Date _2/6/13

Page 1 of 2

1. Number of inmates on the kosher diet _18_
2. Name of Officer who accompanied the Rabbi during this visit _Lt Williams
3. Name of Rabbi who reviewed the kosher program: _Rabbi Erlanger__
4. Who is doing the kosher food preparations? _Inmates Gross, Griffin
5. Is the person doing the kosher food preparations on the kosher diet? Yes ___ No _x__
6. Have inmates on the kosher diet expressed concerns regarding the kosher status of the meals? Yes __ No _x_ If yes, note the concerns on the back of this report.
7. Are the food preparations done in a designated area that is safe from compromising the kosher status? Yes _x_ No ____
8. Is the table being covered with two layers of covering prior to beginning food preparations? Yes _x_ No _
9. Are they using a disposable cup or utensil to dish out the Cottage Cheese? Yes _x No _
10. Are the Eggs being cooked in a portable steamer used exclusively for kosher foods? Yes _x_ No _
11. Are the eggs for the Shabbos and work restricted holidays cooked before sundown on Friday/before the holidays? Yes _x_ No _
12. Is the lunch meat served in the sealed packages? Yes _x_ No __
13. Are the baked potatoes and yams being cooked exclusively in the kosher microwave? Yes _ x No _
14. Are the beans prepared and being kept warm in an acceptable manner? Yes _x No __
15. Is the coffee prepared and being kept warm in an acceptable manner? Yes _x_ No __
16. Is the oatmeal prepared and being kept warm in an acceptable manner? Yes _x_ No __
17. Is the rice prepared and being kept warm in an acceptable manner? Yes _x_ No _
18. Is the following equipment available exclusively for kosher use? Are they properly secured when they are not in use?

    a) Can opener          Yes _x_ No __
    b) Cutting board       Yes _x_ No __
    c) Dish tub            Yes _x No _
    d) Hot water container Yes __ No _x
    e) Knives/chopper      Yes _x_ No __
    f) Microwavable container Yes _x_ No __
    g) Microwave           Yes _x_ No __
    h) Serving utensils    Yes _x_ No __
    i) Table top steamer   Yes _x_ No __
    j) Thermometer         Yes _x_ No __

19. Are all heated items double wrapped? Yes _x_ No _
20. Where is the equipment washed? _special sink or tub_who washes the equipment? **the kosher cooks**
21. Is the staff at this facility aware that they may contact the Scroll K for any question they may have related to the kosher diet? Yes _x_ No ____

**EXHIBIT**

**Attachment 4**

**The Scroll K/Vaad Hakashrus of Denver**

בס״ד

**K**

1350 Vrain Street, Denver, CO 80204
Office: (303) 595-9349 Fax: (303) 629-5159
www.scrollk.org

## DOC Facility Review Report

Facility __BVCF__ Date _2/6/13

Page 2 of 2

22. Do the following items bear acceptable kosher certification? Yes _x_ No ___
23. Are the items that are required to be Parve, available exclusively as Parve? Yes _x_ No _

| | | | |
|---|---|---|---|
| a) Bread Parve | Yes _x_ No __ | l) Margarine Parve | Yes _x_ No __ |
| b) Canned Kidney Beans | Yes _x_ No __ | m) Mayonnaise | Yes___ No n/a |
| c) Canned Pinto Beans | Yes _x_ No _ | n) Muffins | Yes _x_ No __ |
| d) Canned veget Beans | Yes _x_ No __ | o) Mustard | Yes_x_ No __ |
| e) Cereal, cold | Yes _x_ No __ | p) Peanut Butter | Yes_x_ No __ |
| f) Cottage Cheese | Yes _x_ No __ | q) Potato Chips | Yes _x_ No __ |
| g) Crackers Parve | Yes n/a _ No __ | r) Salad Dressing Parve | Yes _x_ No __ |
| h) French Dressing Parve | Yes _x_ No _ | s) Shelf stable Entrees | Yes _x_ No __ |
| i) Italian Dressing Parve | Yes _x_ No __ | t) Tuna fish | Yes _x_ No __ |
| j) Jelly | Yes _x_ No __ | u) Veggie Burger | Yes x_ No __ |
| k) Lunch Meats | Yes _x_ No __ | | |

24. Is there an adequate supply of the products listed above for the number of inmates in this facility? Yes _x_ No ___
25. Are all varieties of fresh and canned fruits and vegetables used for the kosher diet, listed on the approved list, on the bottom of the menu? Yes _x_ No ____
26. Check some of the prepared meals to assure that all items are in compliance with the kosher guidelines. Try to check a meat meal to verify that it does not contain any dairy items. Were the meals in compliance with the kosher guidelines? Yes _x _ No __
27. Are the Scroll K guidelines for kosher food preparations being followed at this facility? Yes _x No _
28. Ask one or two inmates on the kosher diet if they have any concerns regarding the kosher status of the kosher meals. Note: names, DOC # and concern if any. n/a
29. Is the kosher program satisfactory? Yes _x No _

Comments:

Erlanger000082

**K**

**The Scroll K/Vaad Hakashrus of Denver**

1350 Vrain Street, Denver, CO 80204
Office: (303) 595-9349 Fax: (303) 629-5159
www.scrollk.org

בס״ד

## DOC Facility Review Report

Facility __BVCF__ Date _6/5/13_

1. Number of inmates on the kosher diet _30_
2. Name of Officer who accompanied the Rabbi during this visit _Sgt Butterfield_
3. Name of Rabbi who reviewed the kosher program: _Rabbi Erlanger__
4. Who is doing the kosher food preparations? _Inmates Blake, Griffin_
5. Is the person doing the kosher food preparations on the kosher diet? Yes ___ No _x__
6. Have inmates on the kosher diet expressed concerns regarding the kosher status of the meals? Yes __ No _x_ If yes, note the concerns on the back of this report.
7. Are the food preparations done in a designated area that is safe from compromising the kosher status? Yes _x_ No ____
8. Is the table being covered with two layers of covering prior to beginning food preparations? Yes _x_ No _
9. Are they using a disposable cup or utensil to dish out the Cottage Cheese? Yes _x No _
10. Are the Eggs being cooked in a portable steamer used exclusively for kosher foods? Yes _x_ No _
11. Are the eggs for the Shabbos and work restricted holidays cooked before sundown on Friday/before the holidays? Yes _x_ No _
12. Is the lunch meat served in the sealed packages? Yes _x_ No __
13. Are the baked potatoes and yams being cooked exclusively in the kosher microwave? Yes _ x No _
14. Are the beans prepared and being kept warm in an acceptable manner? Yes _x No __
15. Is the coffee prepared and being kept warm in an acceptable manner? Yes _x_ No __
16. Is the oatmeal prepared and being kept warm in an acceptable manner? Yes _x_ No __
17. Is the rice prepared and being kept warm in an acceptable manner? Yes _x_ No _
18. Is the following equipment available exclusively for kosher use? Are they properly secured when they are not in use?

    a) Can opener          Yes _x_ No __
    b) Cutting board       Yes _x_ No __
    c) Dish tub            Yes _x No _
    d) Hot water container Yes _x No _
    e) Knives/chopper      Yes _x_ No __
    f) Microwavable container Yes _x_ No __
    g) Microwave           Yes _x_ No __
    h) Serving utensils    Yes _x_ No __
    i) Table top steamer   Yes _x_ No __
    j) Thermometer         Yes _x_ No __

19. Are all heated items double wrapped? Yes _x_ No _
20. Where is the equipment washed? _special sink or tub_who washes the equipment? **the kosher cooks**
21. Is the staff at this facility aware that they may contact the Scroll K for any question they may have related to the kosher diet? Yes _x_ No ____

**EXHIBIT**

Attachment 5

Erlanger000096

**The Scroll K/Vaad Hakashrus of Denver**

בס"ד

1350 Vrain Street, Denver, CO 80204
Office: (303) 595-9349 Fax: (303) 629-5159
www.scrollk.org

## DOC Facility Review Report

Facility __BVCF__ Date _6/5/13

Page 2 of 2

22. Do the following items bear acceptable kosher certification? Yes _x_ No ___
23. Are the items that are required to be Parve, available exclusively as Parve? Yes _x_ No _

a) Bread Parve          Yes _x_ No __
b) Canned Kidney Beans Yes _x_ No __
c) Canned Pinto Beans  Yes _x_ No _
d) Canned veget Beans Yes _x_ No __
e) Cereal, cold         Yes _x_ No __
f) Cottage Cheese       Yes _x_ No __
g) Crackers Parve       Yes n/a _ No __
h) French Dressing Parve Yes _x_ No _
i) Italian Dressing Parve Yes _x_ No __
j) Jelly                Yes _x_ No __
k) Lunch Meats          Yes _x_ No __

l) Margarine Parve      Yes _x_ No __
m) Mayonnaise           Yes _x No _
n) Muffins              Yes _x_ No __
o) Mustard              Yes_x_ No __
p) Peanut Butter        Yes_x_ No __
q) Potato Chips         Yes _x_ No __
r) Salad Dressing Parve Yes _x_ No __
s) Shelf stable Entrees Yes _x_ No __
t) Tuna fish            Yes _x_ No __
u) Veggie Burger        Yes x_ No __

24. Is there an adequate supply of the products listed above for the number of inmates in this facility? Yes _x No ___
25. Are all varieties of fresh and canned fruits and vegetables used for the kosher diet, listed on the approved list, on the bottom of the menu? Yes _x_ No ____
26. Check some of the prepared meals to assure that all items are in compliance with the kosher guidelines. Try to check a meat meal to verify that it does not contain any dairy items. Were the meals in compliance with the kosher guidelines? Yes _x _ No __
27. Are the Scroll K guidelines for kosher food preparations being followed at this facility? Yes _x No _
28. Ask one or two inmates on the kosher diet if they have any concerns regarding the kosher status of the kosher meals. Note: names, DOC # and concern if any. See #1
29. Is the kosher program satisfactory? Yes _x No _

Comments:
    1. Inmate Nieto #138706 is satisfied with the kosher program.

Erlanger000097



**The Scroll K/Vaad Hakashrus of Denver**
1350 Vrain Street, Denver, CO 80204
Office: (303) 595-9349 Fax: (303) 629-5159
www.scrollk.org

בס״ד

### DOC Facility Review Report

Facility __BVCF__ Date _10/17/13

Page 1 of 2

1.  Number of inmates on the kosher diet _25_
2.  Name of Officer who accompanied the Rabbi during this visit _Lt Williams
3.  Name of Rabbi who reviewed the kosher program: _Rabbi Erlanger__
4.  Who is doing the kosher food preparations? _Inmates Blake, Griffin
5.  Is the person doing the kosher food preparations on the kosher diet? Yes ___ No _x__
6.  Have inmates on the kosher diet expressed concerns regarding the kosher status of the meals? Yes __ No _x_ If yes, note the concerns on the back of this report.
7.  Are the food preparations done in a designated area that is safe from compromising the kosher status? Yes _x_ No ____
8.  Is the table being covered with two layers of covering prior to beginning food preparations? Yes _x_ No _
9.  Are they using a disposable cup or utensil to dish out the Cottage Cheese? Yes _x No _
10. Are the Eggs being cooked in a portable steamer used exclusively for kosher foods? Yes _x_ No _
11. Are the eggs for the Shabbos and work restricted holidays cooked before sundown on Friday/before the holidays? Yes _x_ No _
12. Is the lunch meat served in the sealed packages? Yes _x_ No __
13. Are the baked potatoes and yams being cooked exclusively in the kosher microwave? Yes _ x No _
14. Are the beans <u>prepared and being kept warm</u> in an acceptable manner? Yes _x No __
15. Is the coffee <u>prepared and being kept warm</u> in an acceptable manner? Yes _x_ No __
16. Is the oatmeal <u>prepared and being kept warm</u> in an acceptable manner? Yes _x_ No __
17. Is the rice <u>prepared and being kept warm</u> in an acceptable manner? Yes _x_ No _
18. Is the following equipment available exclusively for kosher use? Are they properly secured when they are not in use?

    a)  Can opener          Yes _x_ No __
    b)  Cutting board       Yes _x_ No __
    c)  Dish tub            Yes _x No _
    d)  Hot water container Yes _x No _
    e)  Knives/chopper      Yes _x_ No __
    f)  Microwavable container Yes _x_ No __
    g)  Microwave           Yes _x_ No __
    h)  Serving utensils    Yes _x_ No __
    i)  Table top steamer   Yes _x_ No __
    j)  Thermometer         Yes _x_ No __

19. Are all heated items double wrapped? Yes _x_ No _
20. Where is the equipment washed? _special sink or tub_who washes the equipment? **the kosher cooks**
21. Is the staff at this facility aware that they may contact the Scroll K for any question they may have related to the kosher diet? Yes _x_ No ____

**EXHIBIT**

**Attachment 6**

Erlanger0000107

**The Scroll K/Vaad Hakashrus of Denver**                          בס״ד

1350 Vrain Street, Denver, CO 80204
Office: (303) 595-9349 Fax: (303) 629-5159
www.scrollk.org

## DOC Facility Review Report

Facility __BVCF__ Date _10/17/13_

Page 2 of 2

22. Do the following items bear acceptable kosher certification? Yes _x_ No ___
23. Are the items that are required to be Parve, available exclusively as Parve? Yes _x_ No _

| | | | | | |
|---|---|---|---|---|---|
| a) | Bread Parve | Yes _x_ No __ | l) | Margarine Parve | Yes _x_ No __ |
| b) | Canned Kidney Beans | Yes _x_ No __ | m) | Mayonnaise | Yes _x No _ |
| c) | Canned Pinto Beans | Yes _x_ No _ | n) | Muffins | Yes _x_ No __ |
| d) | Canned veget Beans | Yes _x_ No _ | o) | Mustard | Yes _x_ No __ |
| e) | Cereal, cold | Yes _x_ No __ | p) | Peanut Butter | Yes _x_ No __ |
| f) | Cottage Cheese | Yes _x_ No __ | q) | Potato Chips | Yes _x_ No __ |
| g) | Crackers Parve | Yes n/a _ No __ | r) | Salad Dressing Parve | Yes _x__ No __ |
| h) | French Dressing Parve | Yes _x_ No _ | s) | Shelf stable Entrees | Yes _x_ No __ |
| i) | Italian Dressing Parve | Yes _x_ No __ | t) | Tuna fish | Yes _x_ No __ |
| j) | Jelly | Yes _x_ No __ | u) | Veggie Burger | Yes x_ No __ |
| k) | Lunch Meats | Yes _x_ No __ | | | |

24. Is there an adequate supply of the products listed above for the number of inmates in this facility? Yes _x_ No ___
25. Are all varieties of fresh and canned fruits and vegetables used for the kosher diet, listed on the approved list, on the bottom of the menu? Yes _x_ No ____
26. Check some of the prepared meals to assure that all items are in compliance with the kosher guidelines. Try to check a meat meal to verify that it does not contain any dairy items. Were the meals in compliance with the kosher guidelines? Yes _x _ No __
27. Are the Scroll K guidelines for kosher food preparations being followed at this facility? Yes _x No _
28. Ask one or two inmates on the kosher diet if they have any concerns regarding the kosher status of the kosher meals. Note: names, DOC # and concern if any. **See #1**
29. Is the kosher program satisfactory? Yes _x No _

Comments:
1. Inmate Johnson #160093 is satisfied with the kosher program.

Erlanger0000108

**The Scroll K/Vaad Hakashrus of Denver**

1350 Vrain Street, Denver, CO 80204
Office: (303) 595-9349 Fax: (303) 629-5159
www.scrollk.org

בס"ד

Facility __BVCF__ Date _6/20/12                                    Page 1 of 1

## MEMORANDUM

To:      Charlene Crockett, DOC
From:    Scroll K / Vaad Hakashrus of Denver  (Rabbi Erlanger)
Re:      Meeting with inmate Aragon #153477 on June 20, 2012 at BVCF
Date:    June 25, 2012

Charlene had sent a kite and requested that I meet Mr. Aragon who is incarcerated at BVCF. He
had various questions and issues, and following is a summary of the issues discussed at that
meeting. The questions Mr. Aragon asked are stated, followed by the answers given by me.
Rabbi Rosskamm from Scroll K has reviewed this document.

1. Present at the meeting: Capt. Edmonds, Inmate Aragon #153477, and Rabbi Erlanger.
2. Inmate Aragon has removed himself from the kosher diet a while ago.
3. Where are vegetables for the kosher diet washed? Vegetables are washed in a sink
   installed in the kosher prep area.
4. Can the kosher cooks wash their hands in the same sink in which they wash the
   vegetables? From the kosher perspective, the kosher cooks can wash their hands using
   the same kosher-use only sink (in the kosher prep area) as they use to wash vegetables.
   If kitchen management requires to use only hand-washing sinks to wash hands - that is
   fine with respect to kosher.
5. Can water cooked in a kettle in the general kitchen be used for the kosher diet? Such
   water can NOT be used for the kosher diet. A situation like that happened a while ago
   has been rectified.
6. Can the kosher meals be in the same hot box (at the chow line) as other non-kosher
   meals? The kosher meals are double wrapped. Therefore one can use the same hotbox to
   warm kosher rand non-kosher meals. Usually, the kosher meals are in the hotbox on a
   shelf by themselves.
7. Can the non-kosher can opener be used in the kosher area, or – can the kosher can
   opener be used in the general kitchen (there were incidents of this happening)? The can
   opener from the general kitchen can not be used for kosher.  Neither may the kosher can
   opener be used in the general kitchen. At one time the can opener in the general
   kitchen broke. The attending officer let the kosher can opener to be used in the general
   kitchen. Afterwards hot water was boiled and poured over the can opener, and the can
   opener was returned to the kosher area. As per Rabbi Rosskamm, this is acceptable for
   an emergency situation provided that the can opener was thoroughly cleaned.
8. Are kosher-for-Passover meals prepared in the same area as the regular kosher meals?
   Kosher for Passover meals need to be prepared in an area separate from the kosher area,
   while regular kosher meals are prepared in the kosher area. Capt. Edmonds expressed
   that this was indeed done. There are guidelines to prepare the kosher prep area for use
   for Passover food. Once the kosher prep area has been readied for Passover, Passover
   food may be prepped there.
9. Mr. Aragon stated that his Passover meals were fine.
10. Capt. Edmonds stated that info about the kosher standards is available in the library
    under 'DOC practices and guidelines'.

**EXHIBIT**

Attachment 7

Erlanger000099