IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01726-RBJ-BNB

RUBEN ARAGON,

Plaintiff,

v.

ROSSKAMM ERLANGER,
MITCHELL BUTTERFIELD, and
RHONDA FUNSTON,

Defendants.

## AFFIDAVIT OF RHONDA FUNSTON

I, Rhonda Funston, upon being duly sworn under oath, of lawful age, and having personal knowledge of the matters set forth herein, depose and state as follows:

1.      I am currently employed with the Colorado Department of Corrections and have been for approximately 28 years.

2.      I am currently the Volunteer Coordinator at the Buena Vista Correctional Facility.  I started in this position on March 1, 2012.

3.      As the Volunteer Coordinator, my responsibilities include processing all offenders' requests for faith change affiliation, religious diet changes, notifying offenders of upcoming holy day observances as well as processing requests made by offenders wanting to participate in their faith group's holy day observances.  I also provide offenders with a monthly schedule for all faith group and volunteer programs.

**EXHIBIT**

**A-2**

4.     I am familiar with Ruben Aragon and am familiar with the claim made against me.

5.     The Colorado Department of Corrections has a Passover 2012 guide which provides and overview of Passover and a calendar of events. *See* Attachment 1.

6.     The Passover 2012 guide also explains that "due to the length of time needed to order kosher and Passover foods, planning must begin a minimum of 120 days in advance." *Id*. at 3.

7.     Thus, Jewish and Messianic Jewish inmates will be notified via sign up letter or other means approximately 90 business days prior to the start of Passover to sign up if they want to participate. *Id*. at 4-5.

8.     Offenders who wanted to participate in the 2012 Passover, which was April, 2012 needed to sign up by November 30, 2011. *Id*. at 5.

9.     The participation list was then submitted to Food Service Office at CDOC Headquarters no later than December 5, 2011. *Id*.

10.     The participation list is then entered into the CDOC's computer system and then sent to the Volunteer Coordinator at each facility for review. *Id*.

11.     On November 8, 2011, Mr. Aragon submitted an Offender Communication form to the Volunteer Coordinator at that time, requesting that he be placed on the list for Passover/Seder meals for 2012. *See* Attachment 2.

12.     Mr. Aragon, on December 5, 2011, was sent a response indicating that he has been placed on the list to participate in the Passover and Seder observances beginning on April 6. *Id.*

13.     Mr. Aragon was placed on the participation list for the 2012 Passover and Seder observances. *See* Passover Participation List 2012, attached hereto as Attachment 3.

14.     On April 3, 2012, I provided a special event proposal which outlined the times and locations the observance were to take place as well as the list of offenders who would be participating was distributed to all of the housing units at both facilities within the Buena Vista Correctional Complex as well as Master Control and Shift Commander. *See* Attachment 4. Mr. Aragon was on that list of those offenders who would be participating in the observances. *Id.*

15.     I did not deny Mr. Aragon's ability to participate in the 2012 Passover observance, as alleged. As noted above, he had made a timely request to be placed on the participation list and in fact, was placed on the list.

16.     I also took no action to make sure that he missed Passover.

FURTHER AFFIANT SAITH NAUGHT.

_Rhonda Funston_
Rhonda Funston

Subscribed and sworn before me in the County of _Chaffee_, State of Colorado, this _23rd_ day of January, 2015.

My commission expires: _August 28, 2016_.

_Patricia Jahner_
Notary Public

PATRICIA A. JAHNER
Notary Public
State of Colorado
Notary ID 20084030077
My Commission Expires 8/28/2016

4

# COLORADO DEPARTMENT OF CORRECTIONS



## PASSOVER 2012
# April 7 – April 14

*(Updated 11-16-11)*

> *Version 2012*
> *Updated by*
>
> *Charleen Crockett*
> *DOC Food Service Operations Manager*
> *(719) 226-4257*
>
> *Matthew Winden*
> *Manager, Office of Faith & Community Programs*
> *(719) 226-4480*
>
> *With assistance from*
> *Rabbi Yisroel Rosskamm,*
> *Rabbinical Administrator*
> *The Scroll K, Vaad Hakashrus*



**EXHIBIT**

**Attachment 1**

Erlanger000014

# *TABLE OF CONTENTS*

| I | Passover Overview & Calendar | 3 |
|---|---|---|
| II | Jewish vs. Messianic Jewish | 4 |
| III | Participants | 4 |
| IV | Food Donations | 4 |
| V | Work Proscription | 4 |
| VI | Fast of the Firstborn | 5 |
| VII | Services | 5 |
| VIII | Seders | 5 |
| IX | General Passover Food Guidelines | 7 |
| X | Menu | 7 |
| XI | Medical Diet Issues | 7 |
| XII | Purchasing | 7 |
| XIII | Food Storage | 8 |
| XIV | Food Service Inmate Workers | 8 |
| XV | Food Preparation | 8 |
| XVI | Meal Service | 10 |

**PASSOVER OVERVIEW:** Passover, *The Festival of Freedom,* is the most popular and well known of Jewish holy days. This festival recalls the deliverance of the people from slavery

Page 2 of 12

Erlanger000015

in Egypt. Passover is an eight day observance. During Passover observers are prohibited from possessing, eating or even working with any leavened foods *(chometz)*. Observers have an obligation to eat specially-prepared unleavened matzah and participate in two Seder rituals to recount the Exodus.

     Two days before Passover starts there is a ritual search for Chometz which is conducted in the evening. The Fast of the Firstborn is on the day prior to Passover. All firstborn sons or fathers of first-born sons, of Israel may choose to fast. Participants who choose to fast will be provided a sack breakfast to eaten before daybreak the morning before Passover.. Passover begins prior to sundown and the first Seder is held after nightfall. Offenders will place certain items on a special Seder plate. Participants may share a plate. The Seder is conducted communally wherever possible. During the Seder participants reenact the Exodus from Egypt, reading from the Haggadah. Participants may light electric or regular candles before sunset. A second Seder is held, just like the first, after nightfall on the eve of the second day of Passover. Up to four (4) hours should be allowed for each service. When using electric candles, they should be lit before sunset on the first night of Passover and stay lit until at least after the Seder on the second night. If it was turned off, the Jewish inmates may not relight them for the second Seder since it is a work restricted holiday. If they are lighting candles, they can light them for the second Seder 45 minutes after sunset, from a fire that is already lit, but they may not strike a match or turn on a cigarette lighter on a work restricted holiday.

Due to the length of time needed to order kosher for Passover foods, <u>planning must begin a minimum of 120 days in advance.</u>

---

*The following dates and times apply to the year 2012 only.*

---

Page 3 of 12

Erlanger000016

**April 5:**
*(Thursday)*  *Search for Chometz,* conducted in the evening. **In the cell, this applies to the personal areas and property of the Passover participants only. Since the participant doesn't technically "own" the cell, it is acceptable for a non-participating cellmate to possess Chometz. A search of Chometz is not required in communal areas used for services or the Seders since these areas and the property contained therein are not owned by the participants.**

**April 6:**
*(Friday)*  **Fast of Firstborn**

**April 6:**
*(Friday)*  *Eve of Passover*
  < **chometz may be eaten in the morning only (until 10:53 AM) in Denver, east of Denver would be a few minutes earlier and west of Denver would be a few minutes later.**
  < **Passover begins 18 minutes prior to sunset**
  < **First Seder**
  < **Work Proscription starts 18 minutes prior to sunset**

**April 7:**
*(Saturday)*  *First Day of Passover*
  < **Work Proscription**
  < **Second Seder**

**April 8:**
*(Sunday)*  *Second Day of Passover*
  < **Work Proscription**

**April 9-12:**
*(Mon- Thurs)*  *Intermediate Days of Passover*

**Apr 13-14:**
*(Fri – Sat)*  *Last Two Days Passover*
  < **Work Proscription, both days**

II **JEWISH VS. MESSIANIC JEWISH:** Due to the major, fundamental differences in faith tenets, the Jewish and Messianic Jewish groups will not celebrate Passover together.

III **PARTICIPANTS:** Jewish and Messianic Jewish inmates will be notified via Sign up letter or other means approximately 90 business working days prior to the start of

Erlanger000017

Passover to sign up if they want to participate. They will also be asked whether they intend to participate in the Seders. Inmates must sign up to participate by **November 30.** Inmates who were in a DOC facility during the sign-up period and either failed to sign up or who changed their religious affiliation to Jewish or Messianic Jewish after the sign up process is completed November 30 will not be able to participate this year. Sign up lists should be posted no later than Sunday, November 13th. The participation list will need to be submitted to HQ food service office no later than December 5th. The list will be entered into PCDCIS on December 6th and sent to each facility volunteer coordinator for review. Any changes or corrections will need to be submitted by EOB Wednesday, December 7th. Purchase requisition will be sent to the Central Warehouse, by the HQ food service office, for Passover food items will be submitted by EOB Friday, December 9th.

A.      **Official List on PCDCIS.** A list of participants is available in PCDCIS under Applications/Religion/Reports/Holiday Participation Report. This list updates itself with any inmate movement and is maintained by the Central Food Service Office. Should anything appear to be incorrect or missing, please contact Tracey Thomas or Charleen Crockett at the Central Food Service Office at (719) 226-4255.

> 1. Make sure you are open to using PCDCIS. Open up PCDCIS from the desktop.
> 2. Enter your password & make sure the database selected is "Production."
> 3. Go to applications & select religion.
> 4. Go to reports and select the holiday participation report.
> 5. Enter your facility in the "Facility" box.
> 6. Click on the green barrel with the yellow arrow. Wait for the report to appear.
> 7. Print the report by clicking on the printer icon.

B.      **Cellmates:** Inmates who participate in Passover may be cellmates with inmates who are not participating. Concerns about possession of Chometz extend to the personal area of an individual's cell only. Since the participant doesn't technically "own" the cell, it is acceptable for a non-participating cellmate to possess and consume Chometz in the cell as long as the participant does not.

C.      **Cancel Participation**: Inmates who wish to cancel or discontinue Passover must submit in writing to include: Date, name, Doc Number, Signature and that they wish to no longer participate in Passover.

IV      **DONATIONS:** All requests to provide donations shall be referred to the Central Faith and Citizen Programs Office and shall be in compliance with AR 300-43, Authorization to Provide Food Items for Inmates and AR 800-1, Religious Programs, Services, Clergy, Faith Group Representatives and Practices

Erlanger000018

V **WORK PROSCRIPTION:** Inmates listed as Jewish or Messianic Jewish in PCDCIS, are allowed to abstain from work (without pay) for the first two days (2 hours before sunset April 6 to 1 ¼ hours after sunset April 8) and the last two days of Passover (2 hours before sunset April 12 to 1 ¼ hours after sunset April 14).

VI **FAST OF THE FIRSTBORN OBSERVED April 6:** This fast occurs the day before Passover starts and commemorates God sparing the firstborn of the Children of Israel. All first-born sons of Israel, *or fathers of first-born sons under the age of 13, fast from 72 minutes before sunup until 42 minutes after sunset.* Facilities may survey their Passover *participants to determine who will participate in the fast. If a tractate of Talmud is completed on the day that the fast would of taken place, the day is a happy day and fasting is not done. According to our rabbinical consult, the latter is more the custom today.* For those who request to observe the fast, the following may be provided after dinner on **April 5th**:

|  |  |
|---|---|
| 4 sl. Bread or 12 packages of crackers | (2) Hard cooked eggs |
| (1) Fresh, whole vegetable | (1) Fresh, whole fruit |
| (2) Packets salad dressing | Salt and pepper |

VII **SERVICES:** Jewish and Messianic Jewish persons traditionally gather for services for approximately two hours during the morning on work proscription days. The DOC may accommodate a maximum of four hours on a work proscription day and a maximum of two hours for other observances subject to facility time, space and security constraints.

VIII **SEDERS:** During the Seder, participants reenact the Exodus from Egypt.

    **A.**     **Participants** – For Passover participants who also signed up to participate in the Seders, Passover Seders will be conducted on the first two nights of Passover (April 6 & 7). All participants are expected to participate in a respectful manner and must understand that the dinner meal is consumed during the Seder at the appropriate time and not prior to the start of the Seder. Disruptive, inappropriate behavior during the Seder may result in an individual being removed from the Passover participants list until next year. Facilities shall determine who wishes to participate in the Seders as part of the initial sign-up process. For those who do not sign up to participate in the Seder, the facility may provide them with the dinner meal at the regular dinner meal time or at the time that best suits the Food Service Department in a dayroom or individual cell.

    **B.**     **Location** - The Seder is conducted communally, as far as possible, as approved by the Warden. The Seder may be performed in a classroom or another similar room. The room does not have to be restricted for use by the Passover participants only and may be used for other purposes during the day including the first two days of Passover. The area used for the Seder should be cleaned of any Chometz before the Jewish inmates come in

Erlanger000019

for the Seder. Since items in this area are not the personal property of the inmates, there is no requirement that the participants conduct a formal "search for Chometz" in a common area. *It is acceptable for participants to observe the Seder in their individual cells. If they observe in their cells, the facility will need to ensure lights are left on long enough for participants to observe the Seder and do the necessary reading.*

**C.      Start Time & Procedure** - The Seder may start at any time but *no earlier than 35 minutes after sunset. The dinner meal is eaten as part of the Seder observance.* The Seder observance, which includes consumption of the dinner meal, will take a minimum of one and one half hours in addition to about 20 minutes of set up time prior to the start. Time should be allowed for a one hour communal gathering in the evening on April 6 and April 7 before the time allotted for the Seder preparations. Seder start times can be determined by finding the sunset times for your location at
**http://www.usno.navy.mil/USNO/astronomical-applications/data-services/rs-one-year-us** and adding 35 minutes.
**Seder Start Times for 2012:**

Denver/Canon City **8:05 PM**, 4-6-12
Denver/Canon City **8:06 PM**, 4-7-12
East, earlier  **6-12 minutes earlier**
West, **3-11 minutes later**

| Seder Dinner Meal Provided by Facility | Items to be Obtained by Participants |
|---|---|
| 12 oz. Grape Juice | |
| 5 oz     Matzah | Seder Plates[3] |
| 4 oz     Lunch Meat | |
| 1          Hard Cooked Egg, cold | |
| 1          Baked Potato, cold | |
| 5 lvs    Romaine Lettuce[1] | |
| 1          Fresh Fruit or tomato | |
| 3 oz     Walnuts/Almonds | |
| 1 pkt   Horseradish | |
| 1          Zeroah (served cold in the package) | |
| 1 t.       Charoset[2] | |
| 1 pkt   Non-iodized Salt | |

1.  Romaine lettuce is required. No other types of lettuce or greens may be substituted. Wash hold up to the light to check for insects.
2.  The inmates should be informed they are individually responsible to check their Romaine lettuce to assure that it is free of insects.
3.  Recipe below.
4.  Seder plates owned by the community may be shared. In lieu of an actual plate, a drawing or picture will suffice (available at Q:foodsvc_docs/Jewish & Messianic Jewish/Passover/2012.

### RECIPE FOR PASSOVER SEDER CHAROSET

Each recipe makes about 1 ½ cups or 70, one teaspoon size servings.
Each participant will receive one teaspoon for each Seder, April 6 & 7.

*1 recipe serves 35 participants*

Page 7 of 12

Erlanger000020

> 2 recipes serve 70 participants
> 3 recipes serve 105 participants
> 4 recipes serve 140 participants

1 cup of finely chopped apple (peeled)
½ cup of finely chopped walnuts
1 tsp. cinnamon
2 tsp. sugar
Kosher for Passover Grape Juice just to moisten

(FOLLOW KOSHER DIET GUIDELINES FOR FOOD PREPARATION). Chop the nuts and apples to a fine
consistency. Sprinkle with sugar and cinnamon and stir. Moisten with grape juice. Charoset is eaten
during the Seder and is meant to remind participants of the mortar used by the Jews to build during
the period of slavery, therefore the consistency should be like mortar. Serve chilled in small soufflé
cups. Keeps three days in refrigerator.

**IX     GENERAL PASSOVER FOOD GUIDELINES:**  In addition to the following Passover
restrictions, the usual kosher dietary laws are observed.

**A     Chometz** - During Passover the eating of chometz is forbidden.  Even a food that
contains only a trace of chometz is prohibited. Chometz includes all leavened foods and
drinks, and ingredients which are made from or contain wheat, rye, barley, oat or spelt.
All grain products or admixtures of grain, such as bread, grain vinegar, yeast and malt are
forbidden.  Legumes such as beans, corn, peas, green beans, mustard seeds, and their
derivatives are also not usually consumed.

**B     Utensils and Service Ware** - In a Jewish home, the kitchen is meticulously cleaned and
rid of all chometz prior to Passover and special cooking equipment and service ware are
brought out for use only during Passover.  In DOC, care is taken to maintain food items in
their original packaging and handle raw foods in an area free of chometz.

**C     Special Matzah** - Unique to Passover is the eating of matzah baked especially for the
holiday.  Matzah used all year-round is not acceptable for Passover.

**X     MENU:**  The *Passover Menu - 2012* (attached) is designed to meet the nutritional requirements
of the participants.

**XI     MEDICAL DIET ISSUES:**  The Passover menu includes guidelines for inmates with diabetes
and some food allergies. The menu may be served to inmates with diabetes and a diabetic
snack is included. Any medical diets that cannot be managed by using the menu must be
brought to the attention of a DOC Registered Dietitian who will determine what

Page 8 of 12

Erlanger000021

accommodations can be made.  Medical diet modifications must be reviewed by Rabbi Yisroel Rosskamm who will need a minimum of three weeks before Passover.

**XII**  **PURCHASING:**

    **A**  **Central Purchases** – For DOC managed facilities (excluding private facilities and Pueblo campus), the Central Food Service Administration Office will order kosher for Passover foods: entrees, lunch meats, kosher cheese, soups, matzah, grape juice, gefilte fish, horseradish, Passover tuna, and macaroons.

    **B**  **Facility Responsibility** - Facility Food Service operations will be responsible for ordering disposable service ware, milk, eggs, produce, nuts, raisins, and honey according to the *Passover Food Ordering Guide* (attached).

        1.  <u>Milk & Eggs</u>:  Milk and eggs can be used without Passover certification but *must be produced prior to Passover.*  You must be able to produce documentation indicating these products were produced prior to the start of Passover.  One way to do this is to procure these items before Passover.

        2.  <u>Disposable Products</u>:  All meals will be consumed on Styrofoam or plastic products.  Participants will need Styrofoam cups and or bowls for preparing the instant food products in their cells. Ensure an ample supply of Styrofoam trays, cups and disposable flatware is on hand.

    **C**  **Deliveries**:  Items procured by the DOC Warehouse will be distributed to each facility as needed using DOC trucks and, if necessary, other shipping methods using dry ice.

**XIII**  **FOOD STORAGE:**  All kosher for Passover food shall be stored unopened, in its original container and in a secure location. Food items which are not in original packaging, must be stored in such a manner that they do not become contaminated with chometz. All food received should be consumed during the eight days or stored properly for future use by the Food Service Department.

**XIV**  **FOOD SERVICE INMATE WORKERS:**  Participating observant Jewish and Messianic Jewish inmate food service workers may not eat, possess, or work with foods that are *Chometz* during the entire eight day holiday.  Participants should not be required to work in Food Service during Passover but it is acceptable for them to work in the kitchen during the intermediate days of Passover (April 9-12) provided they do not handle foods that are *Chometz*.

Erlanger000022

XV **FOOD PREPARATION:** Kosher for Passover meals require minimal preparation. Most foods will be kept in their original packaging or in their natural state. ***During Passover, food preparation MUST be done in an area free of Chometz. Therefore, a bakery room or area adjacent to a baking area would be inappropriate.***

    **A.** **Portioning From Bulk Containers**: Some items may need to be individually portioned from a bulk container. Individual portions can be placed into a Styrofoam cup with lid using an unused, clean disposable utensil, or can be wrapped in plastic wrap. Portioning should be done in a clean area, away from direct contact with non-Passover foods on a surface that is double-covered with plastic. The individual doing the portioning should wear fresh, plastic gloves that have been rinsed in cold water. **Pull tab lids on tuna cans will need to be removed and the can double wrapped.**

    **B.** **Hard Cooked Eggs:** Eggs must be purchased prior to the start of Passover. Eggs should be cooked in a table top steamer that is dedicated for kosher use only. Black and Decker make an inexpensive steamer that is available at stores like Wal-Mart, target or via the Internet at www.blackanddecker.com. Do not remove the shell. Hard cooked eggs for the Sabbath and work proscription days must be cooked the day before and can be served cold. **See items H. below for koshering instructions if the steamer has been used in the past to prepare grain products such as pasta, rice or cereal.**

    **C.** **Fresh Produce:** All produce served for Passover must be fresh. Canned fruits and vegetables are not to be served. The fruits and vegetables should be washed under running water. Fruits and vegetables may be served raw, uncut, and with peels intact. An alternative would be to cut the fruits and vegetables in accordance with instructions in paragraph A., above and using a knife that has been dedicated to this purpose.

        *Care must be taken to ensure fresh produce that is prepared prior to work proscription days remains fresh. If it is covered excessively and not allowed to vent, it will get too ripe. Some solutions include placing the meals in Styrofoam, but not covering the trays in plastic wrap to allow moisture to escape, or placing a paper towel inside the tray to absorb moisture.*

    **D.** **Canned Goods/Bottles**: See instructions in paragraph A., above.

    **E.** **Frozen entrees/Potatoes**: Meals are to be left in their original packaging. It is ***strongly preferred that the meals/potatoes be double wrapped in two separate pieces of plastic wrap and heated in a microwave oven***. Using this method, **ANY**

Erlanger000023

microwave oven may be used.  An alternative (to be used only in an emergency
situation) is to double wrap the item in two separate pieces of aluminum foil and
bake per package instructions in an oven that has been properly cleaned as outlined
in the next paragraph.

F.  **Non-Microwave Oven preparation:** *(The use of a microwave oven is strongly
preferred.)* For any products that would not be edible raw (e.g. potatoes), a Jewish
person **must** light the pilot light on the stove or turn the stove on each  time it is used
to cook the item(s).

1. Double wrap the food items in two separate piece of foil.
2. The oven must be cleaned from remaining food and grease.  Particles that are
completely burned up are not of concern.
3. Turn the oven on to its highest temperature for 1 hour.

G.  **Microwave preparation:** *If a product to be heated or cooked is double wrapped as
stated Item F., above, ANY microwave can be used.*  To prepare a microwave oven
for use where the product is not double-wrapped: (This procedure can only be done
prior to Passover)

1. The microwave should not have been used for the past 24 hours.
2. Clean the oven thoroughly.
3. Fill a completely clean container that was not used for 24 hours, with water.
4. Turn on the microwave and let it steam heavily.
5. Turn it off and wipe out the inside with a fresh paper towel.

To use the microwave during Passover, use a flat, thick object as a separation
between the bottom of the oven and the cooking dish. When cooking, the food
should be covered on all sides and must not touch the side of the microwave.

H.  **Steamer preparation:** The steamer should be kashered prior to cooking foods for
Passover if it has ever been used for the preparation of grain products such as
pasta, rice or cereal.   The following is the kashering procedure: (This procedure
can only be done **prior** to Passover)

1. The steamer should be cleaned inside and outside.

Page 11 of 12

Erlanger000024

    2. Do not use the steamer to prepare anything chometz (grains) for 24 hours.

    3. Fill with water to its normal use level.

    4. Let it steam for 15 minutes.

**I.**    **Sabbath & Work Proscription Days:** On the Sabbath and work proscription days (April 7-8 & 13-14) food may not be cooked or heated. The menu will use lunch meat for the dinner meal in place of a frozen dinner and all foods will be served cold.

**J.**    **Facilities that are serving kosher-for-Passover meals as well as kosher non-Passover meals during Passover must have adequate separate microwaves, steamers, work areas and all necessary utensils since the same equipment can not be used for both Passover and non-Passover meals.**

**XVI**    **MEAL SERVICE:** *Meal service procedures & arrangements are subject to the discretion of the facility warden & will take into account individual facility security and movement procedures.*

    **A**    **Service Ware:** Use only disposable plates, trays, bowls, cups and utensils. For Passover, these must be plastic or Styrofoam, **NOT** paper.

    **B**    **Dining Location:** During Passover, the dining room is not an appropriate place for meal service due to their being chometz in this area. Passover meals should be consumed by the participants in a communal area, if possible. It is also acceptable for participants to consume meals in their cell. Inmates may cover the toilet with a sheet or towel.

    **C**    **Perishable Items:** Perishable items should be consumed within one hour (or the duration of the Seder) of being opened or served. Food items in the meal need to be consumed by the next meal or discarded.

Erlanger000025

BVCC Form 100-19A (Reviewed 03/04/09)

**Colorado Department of Corrections**
**Buena Vista Correctional Complex**

**Offender Communication**

To: _Lt. MORRISON Volunteer Coordinator_          Date: _11-8-11_

State your request in detail: _Please put me on the List_
_For Passover Seler meals For 2012_
_I will participate in the passover Holy Days_

_Thank you._

Offender Name: _Ruben ARAGON_ _____          Doc #: _153477_
Work Assignment: _Am Kitchen   5 Am to 10 Am_          Unit/Cell#: _South 2E6_
(Name must be printed and signed)

Response/Action Taken: _____

You are signed up to participate in the Passover and the Seder observances beginning on April 6th. You will receive more information about services as we get closer to the observances. Lt. Morrison 12/05/11

Employee/Contract Worker Signature: _____
                                        (Name must be printed and signed)
Date Received: _____
Date Answered: _____

Attachment A
Page 1 of 1

**EXHIBIT**
**Attachment 2**

# PASSOVER PARTICIPANTS – 2012

1. Due to Charleen.Crockett@doc.state.co.us or Tracey.Thomas@doc.state.co.us no later than *December 5, 2011.*
2. Ensure individuals signing up are listed as Messianic Jewish in PCDCIS.



| NAME | DOC # | SEDERS – YES/NO |
|------|-------|-----------------|
| Aragon, Ruben | 153477 | Yes_____ |
| | | Yes_____ |
| | | Yes_____ |
| | | Yes_____ |
| | | Yes_____ |
| | | No_____ |
| | | Yes_____ |
| | | Yes_____ |
| | | No_____ |
| | | Yes_____ |
| | | Yes_____ |
| | | Yes_____ |
| | | Yes_____ |
| | | No_____ |
| | | Yes_____ |
| | | No_____ |
| | | Yes_____ |
| | | Yes_____ |
| | | Yes_____ |
| | | Yes_____ |
| | | Yes_____ |

EXHIBIT

Attachment 3

# PASSOVER PARTICIPANTS – 2012

1. Due to Charleen.Crockett@doc.state.co.us or Tracey.Thomas@doc.state.co.us no later than *December 5, 2011.*
2. Ensure individuals signing up are listed as Messianic Jewish in PCDCIS.



| NAME | DOC # | SEDERS – YES/NO |
|------|-------|-----------------|
| | | Yes_____ |
| | | Yes_____ |
| | | No_____ |
| | | Yes_____ |
| | | Yes_____ |
| | | Yes_____ |
| | | Yes_____ |
| | | Yes_____ |
| | | Yes_____ |
| | | Yes_____ |
| | | Yes_____ |
| | | Yes_____ |
| | | Yes_____ |
| | | Yes_____ |
| | | Yes_____ |
| | | Yes_____ |
| | | Yes_____ |
| | | Yes_____ |
| | | Yes_____ |
| | | Yes_____ |

# PASSOVER PARTICIPANTS – 2012

1. Due to Charleen.Crockett@doc.state.co.us or Tracey.Thomas@doc.state.co.us no later than *December 5, 2011.*
2. Ensure individuals signing up are listed as Messianic Jewish in PCDCIS.



| NAME | DOC # | SEDERS – YES/NO |
|---|---|---|
| | | Yes_____ |
| | | Yes_____ |
| | | Yes_____ |
| | | Yes_____ |
| | | Yes_____ |
| | | Yes_____ |
| | | No_____ |
| | | Yes_____ |
| | | Yes_____ |
| | | No_____ |
| | | Yes_____ |

BVCC Form 1550-12A (Revised 11/2/11)

# BUENA VISTA CORRECTIONAL COMPLEX
## SPECIAL EVENT PROPOSAL
### with a request for Security Assistances

**Title: PASSOVER – April 6th – April 14th, 2012**

**Objectives of the Program:** Meal delivery to and from Multi-Purpose Rooms from BVCF Dining Hall #2 and BVMC Dining Hall

**General Description of the Program:** PASSOVER recalls the deliverance of the people from slavery in Egypt. During Passover observers are prohibited from possessing, easting or even working with any leavened foods (*chometz*). The CDOC has made provisions for embers of these faith groups to observe Passover in the prison setting. Observers have an obligation to eat specially prepared foods and rink throughout Passover.

**Proposed Schedule (date(s), length, times, impact on routine operations, food service, medlines, etc:**

**REFER TO PASSOVER SCHEDULE ATTACHED:**
　　　　**DATES:** April 6th (Friday) – April 14th (Saturday), 2012
　　　　**TIMES:** Breakfast – beginning on Saturday April 7th: 0600 hours
　　　　　　　　Lunch - beginning on Friday. April 6th; 1130 hours
　　　　　　　　Dinner – beginning on Friday, April 6th; 1900 hours on each day except
　　　　　　　　on Friday, April 6th and Saturday April 7th, which will start at 1945 hours
　　　　　　　　ending at 2130 hours

**Proposed security requirements (escorts, staff supervision, searches):** Security staff are needed to pick up the meal carts from BVCF Dining Hall #2 and BVMC Dining Hall and deliver them to Multi-Purpose Room #1 (for BVMC & BVCF Messianic Jewish participants) and to Multi-Purpose Room #2 (For BVCF Jewish participants). At the conclusion of the services, security staff will be needed to pick up the food carts and return them to Dining Hall #2. NOTE: Offender participants cannot enter the dinning halls for the duration of Passover. Volunteer coordinator will be present to assist on the first two nights of Passover (April 6th and 7th).

_____　　　**4/3/2012**
**Signature of Area Manager**　　　　　　　**Date**

_____　　　**4· 3 · 12**　　　**☒ Approve**
**Signature of C/C Manager**　　　　　　　**Date**　　　　　☐
　　　　　　　　　　　　　　　　　　　　**Disapprove**

_____　　　**4/04/2012**　　**☒ Approve**
**Signature of Appointing Authority**　　　**Date**　　　　☐
　　　　　　　　　　　　　　　　　　　　**Disapprove**

**Comments:** *Time frames are published in accordance with CDOC Passover Guidelines and within the capability of BVCC operational imperatives*

*Note: Special Event Proposals are to be approved one week (7 days) in advance of event. If utilized for a tour, this form must be submitted 2 weeks (14 days) in advance.*

**EXHIBIT**

**Attachment 4**



*SCO #*
SCANNED to: _these listed_
Date & Initials: _4/ 6335_
_4/14 jlw_

# STATE OF COLORADO

**BUENA VISTA CORRECTIONAL COMPLEX**
Colorado Department of Corrections

Buena Vista Correctional Facility
Buena Vista Minimum Center



John W. Hickenlooper
Governor

Tom Clements
Executive Director

## Memorandum

| | |
|---|---|
| **TO:** | **Shift Commander, Master Command, East, Lower North, North, South, Segregation, BVMC Control, A Unit, B, Unit, C Unit.** |
| **FROM:** | **Lt. Funston, BVCC Volunteer Coordinator** |
| **DATE:** | **April 3. 2012** |
| **RE:** | **Passover – BVCF Jewish / BVCF & BVMC Messianic Jewish Faith Groups – April 6th – April 14th** |

The holy days of Passover will be observed by the BVCF Jewish and BVCF / BVMC Messianic Jewish offenders from April 6th through April 14th. The Messianic Jewish offenders will observe Passover in MPR#1 and the Jewish offenders will observe Passover in MPR#2.

| | Breakfast Meal | Lunch Meal | Dinner Meal |
|---|---|---|---|
| *April 6th | | 1130am-1215pm | 1630-1700 Meals for not Seder participants 1830-1945 Shabbat Services 1945-2130Seder |
| *April 7th | 0600-0845am/Services | 1130am-1215pm | 1630-1700 Meals for not Seder participants 1830-1945 Havdalah Services 1945-2130 pm Seder |
| April 8th | 0600-0845am/Services | 1130am-1215pm | 1900-2000pm |
| April 9th | 0600-0645ams | 1130am-1215pm | 1900-2000pm |
| April 10th | 0600-0645am | 1130am-1215pm | 1900-2000pm |
| April 11th | 0600-0645am | 1130am-1215pm | 1900-2000pm |
| April 12th | 0600-0645am | 1130am-1215pm | 1900-2000pm |
| April 13th | 0600-0845am/Services | 1130am-1215pm | 1900-2100pm Shabbat Services |
| April 14th | 0600-0845am/Services | 1130am-1215pm | 1900-2100pm Havdalah Services |

PASSOVER starts this year on the Jewish Sabbath (Shabbat).
         For offenders who did not sign up for Passover, they will need to be allowed to go to the Shabbat (Friday April 6th) and Havdalah (Saturday April 7th) services from 1630 -1945 hours. Once the service is over they will have to turn to their living units prior to the Seder observance starting at 1945 hours.
         Offenders who signed up for Passover but not for the Seder Observance (Friday, April 6th and Saturday April 7th) will need to receive their dinner meal between 1630-1700. BVMC & BVCF Messianic Jewish will receive their meals in MPR#1 and BVCF Jewish Offenders will received their meals in MPR#2.

rsf

| **Buena Vista Correctional Facility** | **Buena Vista Minimum Center** |
|---|---|
| P.O. Box 2017 | P.O. Box 2005 |
| Buena Vista, CO 81211 | Buena Vista, CO 81211 |
| Phone: (719) 395-2404 | Phone: (719) 395-7363 |
| Fax:   (719) 395-7214 | Fax:   (719) 395-7362 |

Page 2 of 2
PASSOVER 2012

On the attached list of participants, the offenders not participating in Seder has PASSOVER by their name.

2125 count will be delayed on until 2130 hours on April 6th and 7th.

Work Proscriptions Days:
    April 6th (two hours before sunset) through April 8th (1 ¼ hours after sunset)
    April 12th (two hours before sunset) through April 14th (1 ¼ hours after sunset)

Attached is a list of Jewish / Messianic Jewish offenders who signed up to participate in Passover.

Security staff will assist Food Service staff with moving meal carts before the meals and after the meals.

I will be here to help with the first two day of Passover with the Seder and Shabbath/Havdalah on April 6th and 7th.

## Colorado Department of Corrections
## Religious Holiday Participation Report

Run Date: 03/30/2012 12:14

Page 1 of 2

| Docno | Name | Location | Date | Ans | Religion | Diet |
|-------|------|----------|------|-----|----------|------|
| | | BVCF/EAST | 12/5/2011 | YES | JEWISH | |
| | | BVCF/EAST | 12/5/2011 | YES | JEWISH | |
| | | BVCF/SOUTH | 12/5/2011 | YES | JEWISH | |
| | | BVCF/SOUTH | 12/5/2011 | YES | JEWISH | KOSHER |
| | | BVCF/LW NO | 12/5/2011 | YES | JEWISH | |
| | | BVCF/SOUTH | 12/5/2011 | PASSOVER | JEWISH | KOSHER |
| | | BVCF/SOUTH | 12/5/2011 | YES | JEWISH | |
| | | BVCF/SOUTH | 12/5/2011 | PASSOVER | JEWISH | KOSHER |
| | | BVCF/SOUTH | 12/5/2011 | PASSOVER | JEWISH | |
| | | BVCF/SOUTH | 12/8/2011 | YES | JEWISH | |
| | | BVCF/NORTH | 12/5/2011 | PASSOVER | JEWISH | |
| | | BVCF/SOUTH | 12/8/2011 | YES | JEWISH | |
| | | BVCF/SOUTH | 12/5/2011 | YES | JEWISH | |
| 153477 | ARAGON, RUBEN | BVCF/EAST | 12/5/2011 | YES | MSNIC JEW | |
| | | BVCF/EAST | 12/5/2011 | YES | MSNIC JEW | |
| | | BVCF/NORTH | 12/5/2011 | YES | MSNIC JEW | |
| | | BVCF/LW NO | 12/5/2011 | YES | MSNIC JEW | |
| | | BVCF/NORTH | 12/5/2011 | YES | MSNIC JEW | |
| | | BVCF/EAST | 12/5/2011 | PASSOVER | MSNIC JEW | |
| | | BVCF/EAST | 12/5/2011 | YES | MSNIC JEW | |
| | | BVCF/NORTH | 12/5/2011 | PASSOVER | MSNIC JEW | KOSHER |
| | | BVCF/EAST | 12/5/2011 | YES | MSNIC JEW | |
| | | BVCF/NORTH | 12/5/2011 | YES | MSNIC JEW | |
| | | BVCF/NORTH | 12/5/2011 | YES | MSNIC JEW | |
| | | BVCF/SEG | 12/5/2011 | YES | MSNIC JEW | |
| | | BVCF/EAST | 12/5/2011 | PASSOVER | MSNIC JEW | |
| | | BVCF/NORTH | 12/5/2011 | YES | MSNIC JEW | |
| | | BVCF/LW NO | 12/8/2011 | YES | MSNIC JEW | |
| | | BVCF/NORTH | 12/5/2011 | PASSOVER | MSNIC JEW | |
| | | BVCF/LW NO | 12/5/2011 | YES | MSNIC JEW | |
| | | BVCF/LW NO | 12/5/2011 | YES | MSNIC JEW | KOSHER |
| | | BVCF/EAST | 12/5/2011 | YES | MSNIC JEW | KOSHER |
| | | BVCF/SEG | 12/5/2011 | YES | MSNIC JEW | |
| | | BVCF/NORTH | 12/5/2011 | YES | MSNIC JEW | |
| | | BVCF/EAST | 12/5/2011 | YES | MSNIC JEW | |
| | | BVCF/NORTH | 12/5/2011 | YES | MSNIC JEW | |
| | | BVCF/NORTH | 12/5/2011 | YES | MSNIC JEW | |
| | | BVCF/SOUTH | 12/8/2011 | PASSOVER | MSNIC JEW | |
| | | BVCF/SEG | 12/5/2011 | YES | MSNIC JEW | KOSHER |
| | | BVCF/SOUTH | 12/5/2011 | YES | MSNIC JEW | |

**Report Total: 56**

## Colorado Department of Corrections
## Religious Holiday Participation  Report

Run Date: 03/30/2012 12:14

Page 2 of 2

| Docno | Name | Location | Date | Ans | Religion | Diet |
|---|---|---|---|---|---|---|
| | | BVCF/NORTH | 12/5/2011 | YES | MSNIC JEW | KOSHER |
| | | BVCF/NORTH | 12/5/2011 | YES | MSNIC JEW | |
| | | BVCF/SOUTH | 12/5/2011 | YES | MSNIC JEW | |
| | | BVCF/EAST | 12/5/2011 | YES | MSNIC JEW | KOSHER |
| | | BVCF/NORTH | 12/5/2011 | YES | MSNIC JEW | |
| | | BVCF/EAST | 12/5/2011 | YES | MSNIC JEW | |
| | | BVCF/EAST | 12/5/2011 | YES | MSNIC JEW | |
| | | BVCF/SOUTH | 12/5/2011 | YES | MSNIC JEW | |
| | | BVCF/EAST | 12/5/2011 | YES | MSNIC JEW | |
| | | BVCF/NORTH | 12/5/2011 | YES | MSNIC JEW | |
| | | BVCF/NORTH | 12/5/2011 | YES | MSNIC JEW | ONION FREE DIET 2 SNKS |
| | | BVCF/EAST | 12/5/2011 | YES | MSNIC JEW | |
| | | BVCF/EAST | 12/5/2011 | YES | MSNIC JEW | KOSHER |
| | | BVCF/EAST | 12/5/2011 | YES | MSNIC JEW | |
| | | BVCF/EAST | 12/5/2011 | YES | MSNIC JEW | |
| | | BVCF/SOUTH | 12/5/2011 | YES | MSNIC JEW | |

**Report Total: 56**

**Colorado Department of Corrections**
**Religious Holiday Participation Report**

Run Date: 03/30/2012 12:14

Page 1 of 1

| Docno | Name | Location | Date | Ans | Religion | Diet |
|-------|------|----------|------|-----|----------|------|
| | | BVMC/GP | 12/5/2011 | | PASSOVER MSNIC JEW | |
| | | BVMC/GP | 12/8/2011 | YES | MSNIC JEW | |
| | | BVMC/GP | 12/5/2011 | YES | MSNIC JEW | |
| | | BVMC/GP | 12/5/2011 | `YES | MSNIC JEW | KOSHER |
| | | BVMC/GP | 12/5/2011 | YES | MSNIC JEW | |
| | | BVMC/GP | 12/5/2011 | YES | MSNIC JEW | |
| | | BVMC/GP | 12/5/2011 | YES | MSNIC JEW | |
| | | BVMC/GP | 12/5/2011 | | PASSOVER MSNIC JEW | |

**Total: BVMC**     **8**

**Report Total: 8**