**153477 ARAGON, RUBEN    Current Location: AVCF/UNIT2 PRES FACIL**

| Submit Date | Facility | Religion | Change Req | Denial Reason | Diet Received Date | Diet Request | Forward Date | Food Svc App Date | Diet Reason | Diet Requested | Diet Received |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/22/2011 | DRDC | MSNIC BLVR | ✓ Approved ? | | | ✓ Changed? | | | | | REGULAR MENU |
| 6/13/2011 | BUENAVISTA | MSNIC BLVR | Approved ? | DIET REQ APPROVED | 6/13/2011 | ✓ Changed? | 6/13/2011 | 6/20/2011 | OFF REQ APPROVED | KOSHER | KOSHER |
| 3/2/2012 | BUENAVISTA | MSNIC BLVR | Approved ? | DIET CANCEL | 3/2/2012 | ✓ Changed? | 3/2/2012 | 3/2/2012 | CANX BY OFFENDER | REGULAR MENU | REGULAR MENU |
| 2/14/2014 | ARK VALLEY | MSNIC BLVR | Approved ? | DIET APPROVED | 2/14/2014 | ✓ Changed? | 2/14/2014 | 2/21/2014 | OFF REQ APPROVED | KOSHER | KOSHER |
| 6/19/2014 | ARK VALLEY | MSNIC BLVR | Approved ? | VIOLATION | 6/19/2014 | Changed? | 6/19/2014 | 6/20/2014 | CANTEEN 723995 10467208 | | KOSHER |
| 8/14/2014 | ARK VALLEY | MSNIC BLVR | Approved ? | 2ND VIOLATION | 8/14/2014 | ✓ Changed? | 8/14/2014 | 8/14/2014 | CANX FOR VIOLATIONS | REGULAR MENU | REGULAR MENU |



EXHIBIT A-3

CDOC/ARAGON 00472